# GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2025

December 15, 2025

VIA ECF
Hon. Victor Marrero
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *S.E.C. v. Wander et al.*, Case No. 1:25-cv-08565 (S.D.N.Y.)

Dear Judge Marrero:

We represent Defendant Joshua Wander in the above-referenced action. Pursuant to Your Honor's Individual Practices § II.H, Mr. Wander respectfully moves the Court to provisionally treat as sealed the exhibits to the December 15, 2025 Pre-Motion Letter.

Specifically, Mr. Wander moves to treat as sealed (1) Exhibit A to the December 15, 2025 Pre-Motion Letter, the entire May 7, 2021 Loan and Security Agreement and (2) Exhibit B to the December 15, 2025 Pre-Motion Letter, 777's Investor Presentation. Mr. Wander takes no position at this time as to whether the exhibits should remain under seal. Mr. Wander has taken this approach to give the SEC and the 777 defendants an opportunity to designate which portions of these documents, if any, they wish to keep under seal. Mr. Wander reserves all rights, including the right to oppose any such motion.

Respectfully submitted,

*/s/ Jordan Estes*
Jordan Estes

cc: All counsel of record (*via* ECF)



Request **GRANTED**.

The Court **GRANTS** Defendant Joshua Wander's request to preliminarily treat as sealed Exhibits A (Dkt. No. 21-1) and B (Dkt. No. 21-2) to the December 15, 2025, Pre-Motion Letter (Dkt. No. 21).

**SO ORDERED.**

12/16/2025

DATE                          VICTOR MARRERO, U.S.D.J.