

**Daniel Newman**
T: (305) 373-9467  F: (305) 995-6387
dan.newman@nelsonmullins.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2026

January 13, 2026

<u>VIA ECF</u>

Hon. Victor Marrero
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**RE:** *Securities and Exchange Commission v. Wander et al.*, No. 1:25-cv-08565-VM

Dear Judge Marrero:

    This firm represents Defendants, 777 Partners LLC ("777 Partners") and 600 Partners LLC ("600 Partners"), in the above-referenced matter. On December 15, 2025, the Court granted 777 Partners and 600 Partners an extension of time until January 14, 2026, to respond to the Complaint (Dkt. 23). I write respectfully to request an additional extension of time, to February 13, 2026, for 777 Partners and 600 Partners to respond to the Complaint.

    The requested extension is in light of our ongoing discussions with Plaintiff, which may obviate the need for motion practice. Plaintiff has consented to the February 13, 2026 response date. Further, the requested extension is consistent with the enlargement of time granted by the Court for Defendant Steven Pasko to respond to the Complaint. (Dkt. 11). This is 777 Partners and 600 Partners second request for an extension of this deadline and is made in good faith and not for purposes of delay.

    I thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Daniel S. Newman*
Daniel S. Newman

NELSON MULLINS RILEY &
SCARBOROUGH LLP

*Attorneys for Defendants 777 Partners LLC and
600 Partners LLC*

GEORGIA | MARYLAND | MASSACHUSETTS | NEW YORK
TENNESSEE | WEST VIRGINIA

4922-9077-8248 v.1

---

**Request GRANTED.**
The Court **GRANTS** Defendants' request for an extension of time to respond to the Complaint until February 13, 2026.

**SO ORDERED.**

1/14/2026
DATE                    VICTOR MARRERO, U.S.D.J.