UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

JOSHUA WANDER,
STEVEN PASKO,
DAMIEN ALFALLA,
777 PARTNERS LLC, and
600 PARTNERS LLC,

Defendants.

ANSWER

25 Civ. 8565

JURY TRIAL DEMANDED

**ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES
OF DEFENDANTS 777 PARTNERS LLC AND 600 PARTNERS LLC**

Defendants 777 Partners LLC ("777 Partners"), and 600 Partners LLC ("600 Partners") (collectively, "777 Defendants"), by and through undersigned counsel, respectfully submit this Answer to the Complaint filed by Plaintiff Securities and Exchange Commission ("SEC" or the "Commission").[1]

**SUMMARY**

1.      777 Defendants admit only that they were issuers in a preferred equity offering. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 1 of the Complaint and therefore deny them.

---

[1] Since approximately the beginning of May 2024, through present, the 777 Defendants have been managed and operated by GlassRatner Advisory & Capital Group ("GlassRatner"), formerly part of B. Riley Financial. Given that management of the 777 Defendants changed to GlassRatner after the Relevant Period, as defined in the Complaint, the 777 Defendants are now largely without knowledge as to the allegations in the Complaint, as noted throughout.

1

2.      The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint and therefore deny them.

3.      The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and therefore deny them.

4.      The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint and therefore deny them.

5.      The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and therefore deny them.

6.      The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint and therefore deny them.

7.      The 777 Defendants admit only that Defendant Pasko signed Subscription Agreements. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 7 of the Complaint and therefore deny them.

8.      The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and therefore deny them.

9.      The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint and therefore deny them.

**VIOLATIONS**

10.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and therefore deny them.

11.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and therefore deny them.

12.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and therefore deny them.

13.     The 777 Defendants deny the allegations relating to the 777 Defendants contained in paragraph 13 of the Complaint. The 777 Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 13 of the Complaint and therefore deny them.

## NATURE OF THE PROCEEDINGS AND RELIEF SOUGHT

14.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and therefore deny them.

15.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and therefore deny them.

## JURISDICTION AND VENUE

16.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and therefore deny them.

17.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and therefore deny them.

18.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and therefore deny them.

## DEFENDANTS

19.     The 777 Defendants admit only that 777 Partners is a Delaware limited liability company based in Miami, Florida and was formed in May 2015. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in paragraph 19 of the Complaint and therefore deny them.

3

20.     The 777 Defendants admit only that 600 Partners is a Delaware limited liability company based in Miami, Florida, at the same premises as 777 Partners, and that 600 Partners was formed in January 2017. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in paragraph 20 of the Complaint and therefore deny them.

21.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and therefore deny them.

22.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and therefore deny them.

23.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and therefore deny them.

## OTHER RELEVANT ENTITY

24.     The 777 Defendants admit only that SuttonPark is a Delaware limited liability company with its principal place of business in Florida and that Pasko served as the CEO of SuttonPark. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in paragraph 24 of the Complaint and therefore deny them.

## FACTS

I.     **BACKGROUND**

### A.  The Issuers Relied on SuttonPark to Generate Income

25.     The 777 Defendants admit only that the 777 Defendants had operating subsidiaries in various industries, including consumer and commercial finance, insurance, aviation, and media and entertainment. The 777 Defendants lack knowledge or information sufficient to form a belief

4

as to the truth of the remainder of the allegations in paragraph 25 of the Complaint and therefore deny them.

26.     The 777 Defendants admit only that SuttonPark is a consumer and commercial finance company that bought annuities. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in paragraph 26 of the Complaint and therefore deny them.

27.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and therefore deny them.

28.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint and therefore deny them.

29.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint and therefore deny them.

30.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and therefore deny them.

**B.  SuttonPark Relied on the Credit Facility**

31.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and therefore deny them.

32.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and therefore deny them.

33.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint and therefore deny them.

34.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint and therefore deny them.

**C.  The Issuers, Through Wander and Alfalla, Misused the Credit Facility**

35.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint and therefore deny them.

36.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and therefore deny them.

37.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint and therefore deny them.

38.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint and therefore deny them.

39.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint and therefore deny them.

**D.  Wander and Alfalla Concealed the Misuse and Overdraw of the Credit Facility and Damaged the Issuers' Financial Prospects**

40.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint and therefore deny them.

41.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint and therefore deny them.

42.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint and therefore deny them.

**E.  Pasko Knew or Should Have Known of the Overdraw**

43.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint and therefore deny them.

44.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint and therefore deny them.

45. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint and therefore deny them.

## II. THE OFFERING

46. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and therefore deny them.

### A. Structure, Terms, and Timing of the Offering

47. The 777 Defendants admit only that the Offering was marketed to prospective investors and that a placement agent was hired. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 47 of the Complaint and therefore deny them.

48. The 777 Defendants admit only that there was a Subscription Agreement related to the Offering. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 48 of the Complaint and therefore deny them.

49. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and therefore deny them.

50. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint and therefore deny them.

51. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint and therefore deny them.

### B. Wander, Alfalla, and the Issuers Misled Investors About the Issuers' Financial Condition and Prospects

52. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint and therefore deny them.

53.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and therefore deny them.

54.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint and therefore deny them.

55.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint and therefore deny them.

56.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint and therefore deny them.

57.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint and therefore deny them.

58.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and therefore deny them.

59.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint and therefore deny them.

60.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint and therefore deny them.

61.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint and therefore deny them.

62.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint and therefore deny them.

**C.  Wander and the Issuers Misled Investors about the Issuers' Use of Proceeds**

63.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint and therefore deny them.

8

64.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint and therefore deny them.

65.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint and therefore deny them.

66.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Complaint and therefore deny them.

67.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint and therefore deny them.

68.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint and therefore deny them.

69.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint and therefore deny them.

**D.  Wander, Alfalla, and the Issuers Misled Investor B about the Issuers' Finances**

70.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint and therefore deny them.

71.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint and therefore deny them.

72.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the Complaint and therefore deny them.

73.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint and therefore deny them.

74.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint and therefore deny them.

75.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint and therefore deny them.

76.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint and therefore deny them.

**E.  Pasko Should Have Known of the Misrepresentations in the Term Sheet, Investor, Presentation and Diligence Materials**

77.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint and therefore deny them.

78.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint and therefore deny them.

79.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint and therefore deny them.

80.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint and therefore deny them.

81.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint and therefore deny them.

82.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint and therefore deny them.

83.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint and therefore deny them.

84.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the Complaint and therefore deny them.

## III.    THE AFTERMATH OF THE OFFERING

85.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint and therefore deny them.

86.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint and therefore deny them.

87.    The 777 Defendants admit only that Defendant Alfalla resigned from the 777 Defendants. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 87 of the Complaint and therefore deny them.

88.    The 777 Defendants admit the allegations contains in paragraph 88 of the Complaint.

89.    The 777 Defendants admit only that they are being run by GlassRatner. The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 89 of the Complaint and therefore deny them.

90.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Complaint and therefore deny them.

**FIRST CAUSE OF ACTION**
**Violations of Securities Act Section 17(a)**
**(Against Wander, 777 Partners, and 600 Partners)**

91.    The 777 Defendants re-state and incorporate by reference their answers to the allegations in paragraphs 1-21, 24-42, 46-76, 85-90 as their response to the allegations contained in paragraph 91 of the Complaint.

92.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint and therefore deny them.

11

93.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the Complaint and therefore deny them.

## SECOND CAUSE OF ACTION
### Violations of Securities Act Sections 17(a)(1) and 17(a)(3)
### (Against Alfalla)

94.     The 777 Defendants re-state and incorporate by reference their answers to the allegations in paragraphs 1-20, 23-42, 46-76, 85-90 as their response to the allegations contained in paragraph 94 of the Complaint.

95.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint and therefore deny them.

96.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint and therefore deny them.

## THIRD CAUSE OF ACTION
### Violations of Exchange Act Section 10(b) and Rule 10b-5 Thereunder
### (Against Wander, Alfalla, 777 Partners, and 600 Partners)

97.     The 777 Defendants re-state and incorporate by reference their answers to the allegations in paragraphs 1-21, 23-42, 46-76, 85-90 as their response to the allegations in paragraph 97 of the Complaint.

98.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint and therefore deny them.

99.     The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the Complaint and therefore deny them.

12

## FOURTH CAUSE OF ACTION
### Violations of Securities Act Sections 17(a)(2) and 17(a)(3)
### (Against Pasko)

100.    The 777 Defendants re-state and incorporate by reference their answers to the allegations in paragraphs 1-20, 22, 24-90 as their response to the allegations in paragraph 100 of the Complaint.

101.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Complaint and therefore deny them.

102.    The 777 Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the Complaint and therefore deny them.

103.    All allegations in the Complaint not specifically admitted or addressed above, are denied.

## DEFENSES AND AFFIRMATIVE DEFENSES

1.    Any disgorgement sought by Plaintiff as to the 777 Defendants cannot exceed the 777 Defendants' net profits and must be reduced by all legitimate business expenses of the 777 Defendants.

2.    Any civil penalty sought by Plaintiff against the 777 Defendants must be reasonable and must account for such Defendants' current and future financial condition, among other things.

## PRAYER FOR RELIEF

To the extent necessary, the 777 Defendants state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in the Prayer for Relief and therefore deny them.

13

**JURY DEMAND**

The 777 Defendants demand trial by jury of all issues so triable as a matter of right.

Dated: February 13, 2026.

/s/ Daniel S. Newman
Daniel S. Newman
Jon A. Sale
Attorneys for Defendants
777 Partners LLC and 600 Partners LLC
NELSON MULLINS RILEY & SCARBOROUGH
2 South Biscayne Blvd.
Suite 2100
Miami, Florida 33131
jon.sale@nelsonmullins.com
dan.newman@nelsomullins.com