USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,

        - against -

JOSHUA WANDER, STEVEN PASKO, DAMIEN
ALFALLA, 777 PARTNERS LLC, and 600
PARTNERS LLC,

                      Defendants.

**25 Civ. 8565 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On December 15, 2025, Defendant Joshua Wander ("Wander") filed a pre-motion letter regarding an anticipated motion to dismiss. (Dkt. No. 21.) On December 22, 2025, the Securities Exchange Commission filed a letter in opposition to Wander's pre-motion letter. (Dkt. No. 26.) Pursuant to this Court's Individual Rule of Practice II.B.2, "[i]n the event that at the conclusion of this informal procedure the parties fail to resolve a dispute over the appropriateness of the filing of a motion to dismiss, the defendant shall so notify the Court in writing, indicating why a motion to dismiss remains warranted even after plaintiff has agreed to any amendments to cure specified deficiencies, and transmit copies of the correspondence exchanged by the parties in this regard." As of February 19, 2026, the Court has not received such notification from Wander.

The Court hereby directs Wander to inform the Court whether his anticipated motion to dismiss remains warranted.

**SO ORDERED.**

Dated:    19 February 2026
          New York, New York

Victor Marrero
U.S.D.J.