USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE
COMMISSION,
                    Plaintiff,

- against -

JOSHUA WANDER, STEVEN PASKO, DAMIEN
ALFALLA, 777 PARTNERS LLC, and 600
PARTNERS LLC,
                    Defendants.

**25 Civ. 8565 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the February 20, 2026, letter informing the Court that the Securities and Exchange Commission (the "SEC") and Defendant Joshua Wander ("Wander") have completed the pre-motion letter exchange regarding Wander's anticipated motion to dismiss and have failed to resolve the issue without resorting to motion practice. (See Dkt. No. 33.)

Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the SEC and Wander to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to dismiss and rule on the basis of those letters, or whether the parties request supplemental or full briefing. If the parties request supplemental or full briefing, they shall submit a proposed

briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:    24 February 2026
          New York, New York

Victor Marrero
U.S.D.J.

2