# GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

<u>VIA ECF AND EMAIL</u>

The Honorable Victor Marrero
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
ChambersNYSDMarrero@nysd.uscourts.gov

Re:  *S.E.C. v. Wander et al.*, Case No. 1:25-cv-08565 (S.D.N.Y.)

Dear Judge Marrero:

In accordance with the Court's February 24, 2026, Order (Dkt. 34), the parties have conferred.  Mr. Wander does not wish to proceed on the letters and requests to engage in full briefing.  Accordingly, the parties have agreed to the following schedule:

- March 27, 2026: Defendant's motion to dismiss deadline.
- May 1, 2026: Plaintiff's opposition brief deadline.
- May 18, 2026: Defendant's reply brief deadline.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Jordan Estes*
Jordan Estes

cc: All counsel of record (*via ECF*)