**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | 25 Civ. 8565 (VM) |
| Plaintiff, | ) ) | **NOTICE OF DEFENDANT JOSHUA WANDER'S MOTION TO DISMISS** |
| v. | ) ) | **THE COMPLAINT** |
| JOSHUA WANDER, STEVEN PASKO, DAMIEN ALFALLA, 777 PARTNERS LLC, and 600 PARTNERS LLC, | ) ) ) ) ) | **ORAL ARGUMENT REQUESTED** |
| Defendants. | ) ) ) ) | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the declaration of Jordan Estes and the exhibits attached thereto, Defendant Joshua Wander, by and through his undersigned counsel, respectfully moves this Court, before the Honorable Victor Marrero, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St. New York, New York, at a date and time to be determined by the Court, for an Order dismissing the Complaint pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as this Court may deem just and proper.

Dated: March 27, 2026

/s/ Jordan Estes
Jordan Estes
Michael Martinez
Samuel Raymond
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
jestes@gibsondunn.com
mmartinez2@gibsondunn.com
sraymond@gibsondunn.com

*Attorneys for Defendant Joshua Wander*