**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSHUA WANDER,<br>STEVEN PASKO,<br>DAMIEN ALFALLA,<br>777 PARTNERS LLC, and<br>600 PARTNERS LLC,<br><br>        Defendants. | 25 Civ. 8565 (VM) |

**DECLARATION OF JORDAN ESTES**
**IN SUPPORT OF DEFENDANT JOSHUA WANDER'S MOTION TO DISMISS**

JORDAN ESTES, an attorney duly admitted to practice in the State of New York and in the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I am a partner associated with the law firm Gibson, Dunn & Crutcher LLP, counsel for Defendant Joshua Wander in the above-captioned matter. I am familiar with the facts and circumstances of this action.

2.    In support of Joshua Wander's Motion to Dismiss, annexed hereto are true and correct copies of the exhibits identified herein.

3.    Attached hereto as **Exhibit 1** is an Investor Presentation titled, "777 Partners, Preferred Equity Offering," and dated Summer 2021. The document is Bates stamped USAO_REL_01_04658739. The SEC alleges that this Investor Presentation was made available to prospective investors in the Offering. Compl. ¶¶ 52-62.

1

4.      Attached hereto as **Exhibit 2** is a Subscription Agreement and Limited Power of Attorney between 777 Partners and 777 Re Ltd, an investor in the Offering, dated September 17, 2021.   The document is Bates stamped USAO_REL_01_00491111.   The SEC alleges that investors participating in the Offering signed subscription agreements of this type.   Compl. ¶¶ 48-51.

Dated: March 27, 2026

/s/ Jordan Estes

Jordan Estes
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
jestes@gibsondunn.com

*Attorney for Defendant Joshua Wander*