# EXHIBIT 1



# PREFERRED EQUITY OFFERING

## SUMMER 2021

CONFIDENTIAL

AGM00000481

USAO_REL_01_04658739

# OFFERING DISCLOSURE



777
PARTNERS

This presentation contains, and future oral and written statements of 777 Partners LLC and 600 Partners LLC (the "Company," "777," "we," "us," or "our") and its management may contain, forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, with respect to the financial condition, liquidity, results of operations, future performance, and business of the Company. These forward-looking statements are intended to be covered by the safe harbor for "forward-looking statements" provided by the Private Securities Litigation Reform Act of 1995. Forward-looking statements are those that are not historical facts. Forward-looking statements include statements with respect to beliefs, plans, objectives, goals, expectations, anticipations, estimates, and intentions that are subject to significant risks and uncertainties, and are subject to change based on various factors (some of which are beyond our control). Forward-looking statements often include the words "believes," "expects," "anticipates," "estimates," "forecasts," "intends," "plans," "targets," "potentially," "probably," "projects," "outlook," or similar expressions, or future conditional verbs such as "may," "will," "should," "would," and "could" or the negative thereof or comparable terminology. Such known and unknown risks, uncertainties and other factors that could cause the actual results to differ materially from the statements include, but are not limited to: (i) changes in general business, industry or economic conditions, or competition; (ii) changes in any applicable law, rule, regulation, policy, guideline, or practice governing or affecting associated industries or with respect to tax or accounting principles or otherwise; (iii) adverse changes or conditions in capital and financial markets; (iv) changes in interest rates; (v) higher-than-expected costs or other difficulties related to integration of combined or merged businesses; (vi) the inability to realize expected cost savings or achieve other anticipated benefits in connection with business combinations and other acquisitions; (vii) changes in the quality or composition of our portfolio; (viii) adequacy of reserves; (ix) increased competition; (x) loss of certain key officers; (xi) continued relationships with major customers; (xii) rapidly changing technology; (xiii) unanticipated regulatory or judicial proceedings and liabilities and other costs; (xiv) changes in the cost of funds or demand for loan products; (xv) other economic, competitive, governmental, or technological factors affecting our operations, markets, products, services, and prices; (xvi) the impact of the COVID-19 pandemic on business, including the impact of actions taken by governmental and regulatory authorities in response to such pandemic, such as the CARES Act and the programs established thereunder and our participation in such programs; and (xvii) our success at managing the foregoing items. Such developments could have an adverse impact on our financial position and our results of operations.

The forward-looking statements are based upon management's beliefs and assumptions. Any forward-looking statement made herein speaks only as of the date of this presentation. Factors or events that could cause our actual results to differ may emerge from time to time, and it is not possible for us to predict all of them. We undertake no obligation to publicly update any forward- looking statement, whether as a result of new information, future developments, or otherwise, except as may be required by law.

Certain of the information contained herein may be derived from information provided by industry sources. The Company believes that such information is accurate and that the sources from which it has been obtained are reliable. The Company cannot guarantee the accuracy of such information, however, and has not independently verified such information. The Company is not making any implied or express representation or warranty as to the accuracy or completeness of the information summarized herein or made available in connection with any further investigation of the Company. The Company expressly disclaims any and all liability which may be based on such information, errors therein or omissions therefrom. This presentation includes certain measures that are not calculated under United States generally accepted accounting principles ("GAAP"). These non-GAAP financial measures should be considered only as supplemental to, and not superior to, financial measures prepared in accordance with GAAP. These non-GAAP financial measures may also be calculated differently from similar measures disclosed by other companies.

The operations and financial information, including historic audited financial information, current unaudited financial information and projected financial information included in this presentation for 777 Partners LLC are reported on a consolidated basis including the operations and results of both 777 Partners LLC and 600 Partners LLC. 777 Partners LLC and 600 Partners LLC are separate entities related through common ownership. Unless the context otherwise requires, the terms the "Company," "777," "us" or "our" when used in this presentation refer to 777 Partners LLC and 600 Partners LLC on a consolidated basis.

The Company's presentation of financial and operating metrics for the year ended December 31, 2020 included in this presentation are preliminary and unaudited and subject to change in connection with the completion of the Company's year-end close procedures and further review, including the audit currently underway by the Company's independent registered public accounting firm. Actual results may differ as a result of the completion of the Company's year-end closing procedures, audit adjustments, and other developments that may arise between now and the time such financial information for the year ended December 31, 2020 is finalized.

For Qualified Institutional Buyers and Institutional Accredited Investors Only.

2

CONFIDENTIAL

AGM00000482

USAO_REL_01_04658740

# OFFERING DISCLOSURE



This confidential presentation (this "Presentation") has been prepared solely for general informational purposes by 777 Partners LLC and is being furnished solely for use by prospective participants in considering participation in the proposed offering (the "Offering") of the Company's cumulative preferred equity (the "Securities"). No representation or warranty as to the accuracy, completeness, or fairness of such information is being made by the Company or any other person, and neither the Company nor any other person shall have any liability for any information contained herein, or for any omissions from this Presentation or any other written or oral communications transmitted to the recipient by the Company or any other person in the course of the recipient's evaluation of the Offering.

The Securities are not a deposit or bank account, and are not, and will not be, insured or guaranteed, by the Federal Deposit Insurance Corporation (the "FDIC") or any other federal or state government agency. Investment in the Securities has not been approved or disapproved by the Securities and Exchange Commission, the FDIC, the Board of Governors of the Federal Reserve System ("FRB"), the State Banking Department or any other federal or state regulatory authority, nor has any authority passed upon or endorsed the merits of the Offering or the accuracy or adequacy of this Presentation. Any representation to the contrary is a criminal offense.
The Company has authorized Performance Trust Capital Partners, LLC, to act as its placement agent in the Offering.

The information contained herein is intended only as an outline that has been prepared to assist interested parties in making their own evaluations of the Company. It does not purport to be all-inclusive or to contain all of the information that a prospective participant may desire. Each recipient of the information and data contained herein should perform its own independent investigation and analysis of the Offering and the value of the Company. The information and data contained herein are not a substitute for a recipient's independent evaluation and analysis.

In making an investment decision, prospective participants must rely on their own examination of the Company, including the merits and risks involved and discussed further in the documents relating to the Offering including, without limitation, those set froth under the heading "Risk Factors" in the definitive purchase agreement for the Securities. Prospective participants are urged to consult with their own legal, tax, regulatory, investment and accounting advisers with respect to the consequences of an investment in the Company. In the event that any portion of this Presentation is inconsistent with or contrary to any of the terms of the form of the definitive purchase agreement pursuant to which the Securities will be sold, the purchase agreement shall control.

You will be given the opportunity to ask questions of and receive answers from Company representatives concerning the Company's business and the terms and conditions of the Offering, and to obtain any additional relevant information to the extent the Company possesses such information or can obtain it without unreasonable effort or expense. Except for information provided in response to such requests, the Company has not authorized any other person to give you information that is not found in this Presentation. If such unauthorized information is obtained or provided, the Company cannot and does not assume responsibility for its accuracy, credibility, or validity. The Company is not providing you with any legal, business, tax, regulatory, or other advice regarding an investment in the Securities. You should consult with your own advisors as needed to assist you in making your investment decision and to advise you whether you are legally permitted to purchase the Securities.

The Securities described in this Presentation will be offered only to select potential investors without a general solicitation in reliance on exemptions from registration under state and federal securities laws. This Presentation is confidential in nature and is not to be provided to any person other than the original potential investor to whom it was directed and to that person's personnel and advisers who have a need to access this information for purposes of a possible investment by the original recipient of this Presentation. The Securities described in this Presentation will be offered only by a definitive purchase agreement, and only the representations, warranties and agreements contained in that agreement are to be relied upon by a potential investor. The Securities described in this Presentation will not be registered for public sale and will be subject to restrictions on resale and will be subject to significant limitations on their liquidity. Only potential investors who can bear the risk of an unregistered illiquid investment should consider investment in the Securities described herein. Past performance is not indicative of future results.

3

CONFIDENTIAL

AGM00000483

USAO_REL_01_04658741

# TABLE OF CONTENTS



**OFFERING TERMS AND CONSIDERATIONS**

| | |
|---|---|
| Terms of Offered Securities | 6 |
| 777 Partners Vertical Sizing | 9 |
| How Does 777 Generate Income? | 10 |

**COMPANY OVERVIEW**

| | |
|---|---|
| 777 Partners Snapshot | 13 |
| Who We Are | 14 |
| Insurance Funding Model | 15 |
| 777 Asset Management Strategy | 16 |

**WHAT MAKES 777 PARTNERS UNIQUE?**

| | |
|---|---|
| What Makes 777 Partners Unique? | 19 |
| Clear Vision for Future Growth | 36 |

**OVERVIEW OF BUSINESS SEGMENTS**

| | |
|---|---|
| Insurance | 39 |
| Consumer & Commercial Finance | 45 |
| Litigation Finance | 55 |
| Aviation | 64 |
| Media & Entertainment | 70 |
| Direct Lending | 76 |

**OPERATIONAL OVERVIEW**

| | |
|---|---|
| 777 Shared Services Model | 80 |
| Enterprise Risk Management | 81 |
| 777 Marketing | 82 |
| 777 Data & Analytics | 84 |
| 777 Software Solutions | 85 |
| Listing of Portfolio Companies | 86 |

4

AGM00000484

USAO_REL_01_04658742



# OFFERING TERMS AND CONSIDERATIONS

CONFIDENTIAL

AGM00000485

USAO_REL_01_04658743

# TERMS OF OFFERED SECURITIES



| | |
|---|---|
| **Issuer:** | 777 Partners LLC and 600 Partners LLC as Joint Issuers, collectively referred to herein as 777 Partners (Joint Issuers are related through common ownership and consolidated financially under 777 Partners LLC) |
| **Security :** | A Cumulative Preferred Equity Unit consisting of a cumulative preferred equity membership interest in 777 Partners LLC and a cumulative preferred equity membership interest in 600 Partners LLC having substantially similar terms |
| **Gross Offering Amount:** | $250 Million -- $500 Million |
| **Term & Tenures:** | Perpetual duration with put option for investor in year 10 |
| **No-Call Provision:** | 3 Years, callable by Issuer thereafter |
| **Coupon:** | 10.0% fixed dividend, paid quarterly |
| **Credit Rating** | BB Rated – Egan Jones |
| **Use of Proceeds:** | General corporate purposes, including investing in the Company's subsidiaries, refinancing of higher cost financing (including the redemption of certain outstanding membership interests of Brickell Insurance Holdings, LLC) and potential portfolio acquisitions |
| **Offering Type:** | Regulation D Private Placement |
| **Settlement:** | Assigned CUSIP, DTC eligible |
| **Expected Pricing Date:** | Summer 2021 |
| **Placement Agent:** | Performance Trust Capital Partners, LLC |

6

AGM00000486

USAO_REL_01_04658744

# INVESTMENT HIGHLIGHTS



**1**  • Diversified alternative investment platform originating non-correlated assets complemented by a stable insurance platform
- Acquisition/creation of spread-based insurance liabilities provides 777 long-term capital to fund captive asset originators

**2**  • Deploys insurance balance sheet and proprietary asset originators to generate +40% ROE
- Subsidiary companies generate long-term high-quality annuitized cash-flows
- Originated cash-flows are complementary and non-correlated, often aggregated into rated insurance-eligible securitizations

**3**  • Management team with deep expertise in insurance, alternatives, structured-credit, receivables finance, and in creation of innovative and esoteric asset businesses
- Directly partners with portfolio companies to build long term, lasting value for all stakeholders
- Proven ability to incubate new ventures and make control investments in businesses with scalable profiles

**4**  • Holding company intends to centralize portfolio company operations to create revenue and expense synergies
- Applies proprietary capital, underwriting expertise, and technology to capitalize on underserved and inefficient markets

**5**  • Preferred issuance proceeds used to reduce inefficient funding facilities across asset originators and support growth trajectory
- Reducing overall funding costs across business lines and increasing net-spreads on originated assets
- Refinancing holdco debt to generate significant annual interest savings
- Refinancing portfolio company asset generator warehouse / debt facilities at lower rates
- Further augmenting overall company vision of creating a self-sustaining ecosystem of esoteric assets

7

CONFIDENTIAL

AGM00000487

USAO_REL_01_04658745

# FOCUSED ON ATTRACTIVE GROWTH MARKETS



## 777'S EARLY ADOPTION TO KEY GROWTH INDUSTRIES CONFIRMED BY LARGER INVESTMENT PLATFORMS

"**This should be good time for the real world**. Businesses like telecom, medicine and e-commerce will continue to do well but the **pendulum is swinging back with a bunch of us getting out there again.** Looking forward, we have been doing a lot **around COVID recovery play**, so we have invested in a bunch of **travel related business, hotels, holiday park businesses, private aviation company,** that is an area we are excited about investing. Housing is another area where we have a lot of enthusiasm and we have done deals in the **US both in rental and single family housing as well.** I would say, overall, for our investors, they are benefitting from our overall thematic push."

**Blackstone**   *Jonathan Gray, Blackstone President on Bloomberg April 22, 2021*

**The heightened awareness of risk is also likely to spark both increased innovation and increased demand.** A crisis as big and drastic as this one when whole countries are locked down allows you to reassess the risk landscape on both a personal and company level – making sure any gaps are covered. **This is a good time for the insurance industry to provide products that address the needs of populations and companies, which will help us to build more resilient societies."**

 **Swiss Re**   *Daniel Staib, Swiss Re Senior Economist Research Note on July 9, 2020*

"**We feel pretty optimistic that the headwind that we saw is going to dissipate pretty rapidly as we rotate to 2022. And that gives us kind of a rising optimism** that much of the -- much of that kind of the negative headwind that characterized the emergence of the pandemic starts to mitigate.

 **United Healthcare**   Andrew Witty, UnitedHealth Group CEO on Earnings Call April 15, 2021

"The main thing is to be aboard a ship," Buffett said. "Overall, equities [are] absolutely the place to be."

**Berkshire Hathaway inc.**   *Warren Buffet, Berkshire Hathaway Annual Meeting May 1, 2021*

8

CONFIDENTIAL

USAO_REL_01_04658746

# 777 PARTNERS VERTICAL SIZING



**VERTICALS BY ASSET SIZE AND ENTRANCE DATE**

(Dollars in $000s)  ■ Consumer & Commerical Finance  ■ Litigation Finance  ■ Aviation  ■ Media and Entertainment  ■ Insurance  ■ Direct Lending / Other

| Year | Value |
|---|---|
| 2010 | $13 |
| 2011 | $10 |
| 2012 | $32 |
| 2013 | $28 |
| 2014 | $40 |
| 2015 | $93 |
| 2016 | $310 |
| 2017 | $1,056 |
| 2018 | $1,943 |
| 2019 | $3,455 |
| 2020 | $4,943 |
| 2021 | $8,079 |

*Reflective of Pre-Management buy-out of Sutton Park

**777's VERTICALS**

### INSURANCE
777 Re Ltd
R·Q
SUTTON NATIONAL
MERIT LIFE INSURANCE COMPANY
Sutton Park Capital
EQUIPMENT
own

### LITIGATION FINANCE
BKAM
mcag  ML
Signal

### AVIATION
flair
AIR BLACK BOX
worldticket solutions

### MEDIA & ENTERTAINMENT
Fanatiz
SIGNATURE
Nunchee
GLOBAL SPORTS RIGHTS MANAGEMENT

### DIRECT LENDING
Lower middle market companies that are frequently entrepreneurial and family-owned

9

CONFIDENTIAL

# HOW DOES 777 GENERATE INCOME?





CONFIDENTIAL

AGM00000490

USAO_REL_01_04658748

# DIVIDEND SERVICE COVERAGE


777
PARTNERS

*(Dollars in $000s)*

| DEBT SERVICE COVERAGE & CAPITAL | FOR THE YEAR-ENDED 12/31/2020 Actual | FOR THE YEAR-ENDED 12/31/2021 Proj. | FOR THE YEAR-ENDED 12/31/2022 Proj. |
|---|---|---|---|
| **A** Consolidated Net Income Before Capital Raise | $113,704 | $132,261 | $277,159 |
| **B** Assumed Debt Refinance Savings @ $250 Million Preferred Raise [1] | | $18,074 | $18,074 |
| **C** Assumed Debt Refinance Savings @ $500 Million Preferred Raise [1] | | $33,793 | $33,793 |
| Preferred Equity Raise: | | | |
| **B** Dividend on $250MM of Newly Issued Preferred at 10% | $25,000 | $25,000 | $25,000 |
| **E** Dividend on $500MM of Newly Issued Preferred at 10% | $50,000 | $50,000 | $50,000 |
| **Pro Forma Interest Coverage - (A+B) / D (x)** | **4.5x** | **6.0x** | **11.8x** |
| **Pro Forma Interest Coverage - (A+C) / E (x)** | **2.3x** | **3.3x** | **6.2x** |

| DEBT / EQUITY & EQUITY / ASSETS | ACTUAL 12/31/20 | PRO FORMA- $250MM 12/31/20 | PRO FORMA- $500MM 12/31/20 |
|---|---|---|---|
| Common Equity | $451,205 | $451,205 | $451,205 |
| Preferred Equity | – | 250,000 | 500,000 |
| Consolidated Total Equity | $451,205 | $701,205 | $951,205 |
| Term and Facility Debt | $3,059,872 | $2,859,872 | $2,759,872 |
| Debt / Equity (x) | 6.8x | 4.1x | 2.9x |
| Consolidated Total Assets | $4,943,044 | $4,993,044 | $5,143,044 |
| Equity / Assets (%) | 9.1% | 14.0% | 18.5% |

*Proceeds to be used to refinance higher cost financing and for optimal capital investment in each raise scenario*

**Notes:**

*(1) Refinance savings is calculated based on the full-year impact on existing debt and interest rates*

11

CONFIDENTIAL

AGM00000491

USAO_REL_01_04658749



# COMPANY OVERVIEW

CONFIDENTIAL

AGM00000492

USAO_REL_01_04658750

# 777 PARTNERS SNAPSHOT



## PLATFORM OVERVIEW

- Founded in September 2015, 777 Partners is an alternative investment platform that:
  - Originates proprietary non-correlated assets across a number of high-growth verticals
  - Efficiently funds those assets on the balance sheets of its captive portfolio of insurance companies
- 777 Partners operates through a holding company that:
  - Applies proprietary capital, underwriting expertise, technology, data and analytics to capitalize on underserved and inefficient markets
  - Manages captive insurance balance sheets through a single asset manager across its three carriers
  - Centralizes portfolio company operations to create revenue and expense efficiencies
  - Has a proven track record and ability to incubate new ventures and make control investments in businesses with scalable profiles

## HIGH GROWTH PLATFORM



## 777 BY THE NUMBERS



1.  Average return on equity (ROE) is calculated by taking net income per year divided by average equity per year. The 40% is determined by taking a simple average of ROE from 2016 to 2020.

**13**

CONFIDENTIAL

AGM00000493

USAO_REL_01_04658751

# WHO WE ARE



---

**777 develops proprietary sourcing assets that are largely uncorrelated to the market**

- Focus on un-correlated asset classes with yield premium to liquid equivalents:
    - Minimize credit risk and maximize liquidity premia
    - Higher yield, lower beta
    - Can be structured and rated
- Assets curated to meet the needs of its captive **insurance carriers**
- Robust internal asset management function creates enhanced insurance carrier performance in addition to the inherent profitability of each originator
- Operating model creates expense efficiencies and increased profitability throughout the ecosystem



14

CONFIDENTIAL

AGM00000494

USAO_REL_01_04658752

# INSURANCE FUNDING MODEL



- Create large balance sheets to own proprietary assets - higher quality, better fit, less credit correlation
    - Anchored by 777 Reinsurance, Bermudian Class E reinsurer
- Add assets to manage for fees through 777 Asset Management
- Build carriers at a discount to book
    - Buy at discount to book
    - Or "borrow" book at less than equity rates through holding company financing efficiencies
- Receive fee revenues from fronting with balance sheet



15

CONFIDENTIAL

AGM00000495

USAO_REL_01_04658753

# 777 ASSET MANAGEMENT STRATEGY



**777 combines proprietary assets with robust risk management and structuring capabilities**

- Asset management function supporting all insurance carriers:
  - Create holding company fee streams consistent with sound market practice and regulatory approvals
  - Efficiencies and center of excellence in critical function
- Scalable asset management function to support an enterprise of multiple carriers and asset businesses



16

CONFIDENTIAL

AGM00000496

USAO_REL_01_04658754

# SYNERGISTIC, SELF-SUSTAINING OPERATING MODEL



Integrated ecosystem enhances risk management and leads to significant operating synergies, contributing to more sustainable performance

**ERM**

**ENTERPRISE RISK MANAGEMENT**

Robust enterprise risk management at 777 includes investment management functions, liability risk management, ALM and operational management through consolidation of resources across all platform companies

**DATA & ANALYTICS-DRIVEN UNDERWRITING IMPROVE RETURNS ON CAPITAL DEPLOYED**

Data is captured across all of 777's businesses to support best-in-class underwriting and investment decision-making

**SHARED SERVICES**

**INSURANCE COMPANIES**

**DATA & ANALYTICS**

**INSURANCE AND ORIGINATION BUSINESSES ARE COMPLEMENTED BY SHARED SERVICES**

Holding company shared services allow operating businesses to consolidate expenses, create efficiencies and economies of scale; thereby reducing costs and increasing profitability

**EFFICIENT SOURCE OF FUNDING IN THE FORM OF INTEGRATED INSURANCE BUSINESSES**

Opportunistic acquisition and creation of attractive spread-based insurance liabilities provides 777 the long-term capital to fund its captive asset originators

**FUNDING**

17

CONFIDENTIAL

AGM00000497

USAO_REL_01_04658755



# WHAT MAKES 777 PARTNERS UNIQUE?

CONFIDENTIAL

AGM00000498

USAO_REL_01_04658756

# WHAT MAKES 777 PARTNERS UNIQUE?



1. INTEGRATED PLATFORM WITH PROPRIETARY ORIGINATION CAPABILITY
2. DIFFERENTIATED INVESTMENT APPROACH
3. FOCUSED ON ATTRACTIVE ADDRESSABLE MARKETS WITH SIGNIFICANT SCALE
4. SIGNIFICANT EXPERTISE IN ATTRACTIVE AND NON-CORRELATED ALTERNATIVE ASSET CLASSES
5. HIGH-GROWTH AND SUSTAINABLE FINANCIAL PROFILE
6. HIGHLY SCALABLE AND COMPREHENSIVE PLATFORM WITH OPERATIONAL EXPERTISE
7. ENTREPRENEURIAL BEST-IN-CLASS SENIOR LEADERSHIP TEAM

CONFIDENTIAL

19

AGM00000499

USAO_REL_01_04658757



# INTEGRATED PLATFORM WITH PROPRIETARY ORIGINATION CAPABILITY





**777'S UNIQUE, VERTICALLY INTEGRATED MODEL...**

- SOURCING AND ORIGINATION
- ASSET MANAGEMENT AND SERVICING
- FUNDING AND DISTRIBUTION

**...SUPPORTS A FLEXIBLE, SCALABLE PLATFORM...**

A HOLISTIC APPROACH TO INVESTING

- ROBUST DATA PLATFORM
- TECHNOLOGY-DRIVEN APPROACH
- EXPERT UNDERWRITING
- GLOBAL CAPITAL MARKET ACCESS
- PORTFOLIO COMPANY SYNERGIES
- SEASONED OPERATORS
- SHARED SERVICES

**...LEADING TO SIGNIFICANT COMPETITIVE ADVANTAGE**

| Greater Ability to Manage Risk | Enhanced Economics | Creates Barriers to Entry | Agile Business Model |

20

CONFIDENTIAL

AGM00000500

USAO_REL_01_04658758



# DIFFERENTIATED INVESTMENT APPROACH



777'S UNIQUE INVESTMENT STRATEGY DIVIDES CAPITAL BETWEEN ITS INSURANCE BALANCE SHEETS AND ITS PROPRIETARY ASSET ORIGINATORS TO GENERATE MUCH HIGHER ROE THAN TRADITIONAL INSURANCE INVESTMENTS





21

CONFIDENTIAL

AGM00000501

USAO_REL_01_04658759



# DIFFERENTIATED INVESTMENT APPROACH



## 60%

### EQUITY ALLOCATION

Enhanced ROE for Insurance Equity 15%+

- Higher yields from internal assets
- More capital efficient
- Shared operating resources

## 40%

### EQUITY ALLOCATION

- Compelling return on equities from operating verticals
- Efficient leverage from insurance balance sheet
- customized capital solutions.

| Verticals | Capital Allocation % | Return on Equity [1] |
|---|---|---|
| Insurance | 60% | 20.8% |
| Consumer / Commercial | 20% | 36.3% |
| Litigation Finance | 10% | 87.3% |
| Aviation | 5% | 15.6% |
| Media and Entertainment | 3% | 13.2% |
| Direct Lending | 2% | 17.1% |
| **Totals for 777 Partners** | **100%** | **40.5%** |

(1) ROE is calculated based on target product mix selected for this analysis

## 777 ROE = 40.5%

22

CONFIDENTIAL

AGM00000502

USAO_REL_01_04658760



# DIFFERENTIATED INVESTMENT APPROACH



777 PARTNERS

**Integrating proprietary direct origination, portfolio construction and insurance expertise**

**PROPRIETARY ALTERNATIVE ASSETS**

Structured Settlements
Medical / Receivables
Consumer Finance
Commercial Finance
Equity Released Mortgages
Media Rights
Direct Lending
Real Estate
Aircraft Leasing
Supply Chain Finance
Commissions Finance

**ASSETS**

Managing Return
Managing Risk
Minimizing Capital

**LIABILITY**

**PORTFOLIO CONSTRUCTION**

ALM / LDI Solutions
Structuring and Hedging Solutions
Risk-managed Investment Solutions
Portfolio Construction and Optimization
Sub-Adviser Oversight
Management of Traditional Assets and Derivatives

**INSURANCE SPECIALISTS**

Regulatory / Capital / ALM / Technical Expertise / Service and Reporting

23

CONFIDENTIAL

AGM00000503

USAO_REL_01_04658761



# DIFFERENTIATED INVESTMENT APPROACH



777's asset origination expertise allows it to direct a significant allocation toward proprietary assets relative to traditional insurance companies

## TRADITIONAL INSURANCE INVESTMENT PORTFOLIO



- 64% Corporate Bonds/Govt
- 6% RMBS (External)
- 9% Commercial Mortgage (777)
- 9% Alternative
- 3% CMBS (External)
- 2% CLO (External)
- 3% ABS
- 4% Cash & Equivalents (777)

## 777 ASSET MANAGEMENT PORTFOLIO



- 65% ABS & Alternatives
- 10% Corporate IG Bonds/Govt
- 8% RMBS
- 7% Commercial Mortgage Loans
- 2% Cash & Equivalents
- 2% CMBS
- 6% CLO

24

CONFIDENTIAL

AGM00000504

USAO_REL_01_04658762



# DIFFERENTIATED INVESTMENT APPROACH



777 insurance's investment strategy combines both externally managed assets and proprietarily originated assets to generate superior return while maintaining low risk level relative to peers

### 777 ASSET MANAGEMENT PORTFOLIO

6%
8%
2%
10%
2%
65%

### ABS AND OTHER ALTERNATIVE INVESTMENTS

8%  15%
10%
10%
10%
30%

65%

- 65% ABS & Alternatives
- 10% Corporate IG Bonds/Govt
- 8% RMBS
  7% Commercial Mortgage Loans
- 2% Cash & Equivalents
- 2% CMBS
- 6% CLO

- 30% Structured Settlements
- 8% Pre-Settlements
- 10% Media & Entertainment
  8% Medical Liens
- 5% Seller-Financed Mortgages
- 3% Aircraft Leasing
- 15% Consumer & Commercial Leases
- 10% Direct Lending
- 10% Equity Release Mortgages
- 5% Commision Receiveables

25

CONFIDENTIAL

AGM00000505

USAO_REL_01_04658763



# FOCUSED ON ATTRACTIVE ADDRESSABLE MARKETS WITH SIGNIFICANT SCALE



---

## CONSUMER

### U.S. CONSUMER FINANCE AND NON-PRIME IN PARTICULAR, IS A MASSIVE ADDRESSABLE MARKET...



## LITIGATION

### LARGE AND UNTAPPED MARKET FOR LITIGATION FINANCE PRODUCTS



1.  Includes residential mortgage and home equity loans, student loans, auto loans, credit cards and other unsecured personal loans.
2.  Signal management estimate; industry estimates, ALFA. Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

26

CONFIDENTIAL

AGM00000506

USAO_REL_01_04658764



# FOCUSED ON ATTRACTIVE ADDRESSABLE MARKETS WITH SIGNIFICANT SCALE



777 PARTNERS

---

## AVIATION

### ATTRACTIVE MARKET AND OPPORTUNITY

**PROVEN MODEL GLOBALLY**

- The LCC/ULCC segment is the airline industry's most attractive growth opportunity:
  - Successful ULCC operators dominate the global rankings for highest operating margins[1]
  - Lower cost structure and more efficient operations, coupled with focus on ancillaries, capture revenue beyond that of ticket sales
- ULCCs are largely counter-cyclical with ULCC operators gaining market share from legacy carriers and the latent market during growth phases and gaining cost-conscious travelers during downturns



### CANADA AIRLINE REVENUES AND PASSENGER TRAFFIC

Revenue CAGR (2010 - 2017)      7.3%
Passenger CAGR (2010 - 2017)   4.6%



1. Airline Weekly Global Earnings Scoreboard April 2017 – March 2018.
2. Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

27

CONFIDENTIAL

AGM00000507

USAO_REL_01_04658765



# FOCUSED ON ATTRACTIVE ADDRESSABLE MARKETS WITH SIGNIFICANT SCALE

**3**



777 PARTNERS

---

## INSURANCE

### GROWING MARKET FOR LIFE INSURANCE & RETIREMENT PRODUCTS

**RETIREMENT MARKET OPPORTUNITY CONTINUES TO EXPAND WITH FAVORABLE DYNAMICS**

| U.S. RETIREMENT POPULATION PROJECTED TO INCREASE BY 48% OVER THE NEXT 15+ YEARS TO 78mm[1] | LARGE MARKET WITH OVER $230bn IN ANNUITY PREMIUMS WRITTEN IN 2018[2] | 75% OF BABY BOOMERS ARE NOT CONFIDENT THEIR SAVINGS WILL LAST THROUGHOUT THEIR RETIREMENT[3] |
|---|---|---|

**RETIREMENT POPULATION GROWTH[1]**

(U.S. POPULATION AGE 65+)

| 2016 | 2035 |
|---|---|
| 49.2mm | 78.0mm |
| 15.2% | 21.4% |

OF TOTAL U.S. POPULATION



**HISTORICAL AND PROJECTED RETIREMENT MARKET ASSETS[4]**

($ in tn)



| 2011 | 2014 | 2017 | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| $15.8 | $21.0 | $23.4 | $25.9 | $27.2 | $28.5 |

**Favorable Market Dynamics Enable Significant Scale and Growth Opportunities in the Retirement Insurance Sector**



### GROWING MARKET FOR SPECIALIZED P&C RISKS

**FRONTING MARKET OPPORTUNITY[5]**





U.S. P&C MARKET
$705bn

MGA PREMIUM
$45.4bn

MGA market is growing rapidly (+6.3% premium growth in 2019) and still only represents 6% of the total US P&C market, leaving significant room for growth and demand for fronting carriers

---

1. U.S. Census Bureau as of June 2019.
2. LIMRA Secure Retirement Institute. US Individual Annuities Survey as of Q1-19.
3. Insured Retirement Institute. April 2018.
4. Cerulli Retirement Markets, 2016.
5. Conning July 2019 MGA Report.

CONFIDENTIAL

AGM00000508

USAO_REL_01_04658766



# FOCUSED ON ATTRACTIVE ADDRESSABLE MARKETS WITH SIGNIFICANT SCALE



## VERTICAL MARKET DRIVERS

| INSURANCE | | LITIGATION FINANCE | AVIATION | MEDIA & ENTERTAINMENT | DIRECT LENDING |
|---|---|---|---|---|---|
|  | |  |  |  |  |

**INSURANCE**
- Aging demographics
- Expensive legacy liabilities
- Alternative capital demand
- Capital optimization

- Emerging underbanked population
- Increasing consumer liquidity demand
- Tech-enabled underwriting

**LITIGATION FINANCE**
- Growth in litigation activity and associated costs
- Need for justice system democratization
- Growing awareness of asset class

**AVIATION**
- Domestic travel demand
- Low-cost carrier market share acceleration
- E-commerce oriented business models

**MEDIA & ENTERTAINMENT**
- Live content demand
- Technological disintermediation
- Tail market monetization

**DIRECT LENDING**
- Bank middle market retrenchment
- Underserved industry sectors
- Flexible capital mandate

29

CONFIDENTIAL

AGM00000509

USAO_REL_01_04658767



# SIGNIFICANT EXPERTISE IN ATTRACTIVE AND NON-CORRELATED ALTERNATIVE ASSET CLASSES



### SPECIALTY FINANCE ASSETS GENERALLY PERFORM WELL THROUGH A CYCLE



### ACTIVE SPECIALTY FIXED INCOME ASSETS ARE IN DEMAND
#### Net Flow Growth And Revenue Margin By Asset Class[1]



### NON-PRIME CONSUMER ASSETS ARE LESS SUSCEPTIBLE TO INCREASED LOSSES IN A DOWNTURN

- The underbanked market is far less susceptible to significant increases in credit losses during economic downturns
- Deterioration of defaults and losses tends to be far less severe for non-prime borrowers relative to super prime or prime borrowers, as highlighted by their performance during the financial crisis
- Investments deployed in different countries (UK and Canada) mitigate geographic risk through macroeconomic diversification



**Private credit investments, specialty finance in particular, perform well through cycles and are expected to continue seeing strong inflow and relatively low competition**

Source: McKinsey Performance Lens Global Asset Management Survey and Global Growth Cube, 2018.
1.  Active core equity includes US large cap and yield / income equity; active core fixed income includes core, core plus and municipal bonds; active specialty equity includes foreign, global, emerging markets and US small / mid-cap; active specialty fixed income includes global, emerging markets, high yield, TIPS and unconstrained.
2.  Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

30

CONFIDENTIAL

AGM00000510

USAO_REL_01_04658768



# SIGNIFICANT EXPERTISE IN ATTRACTIVE AND NON-CORRELATED ALTERNATIVE ASSET CLASSES



## ALTERNATIVE ASSET MARKET SIZE > $4.2tn

**TRADITIONAL ALTERNATIVES**

Equipment Finance
Private Credit
CMBS
RMBS
CLO
Trade Finance
Project Finance

**EMERGING ALTERNATIVES**

Litigation Finance
Structured Settlements
Media Rights
Intellectual Property
Lease-to-Own
Commissions Finance
Royalty Finance

PERCEIVED COMPLEXITY · LOW VISIBILITY · INEFFICIENT MARKETS · LIMITED ACCESSIBILITY · COLLATERAL GRANULARITY · ASSET-BASED · CURRENT INCOME · OUTSIZED RETURN · SUPPLY CHAIN FINANCE

31

CONFIDENTIAL

AGM00000511

USAO_REL_01_04658769

# SIGNIFICANT EXPERTISE IN ATTRACTIVE AND NON-CORRELATED ALTERNATIVE ASSET CLASSES

 

## CONSUMER + COMMERCIAL FINANCE

**STRUCTURED SETTLEMENTS**
- Retail IRR: 12%
- Wholesale IRR: 6%
- WAL: 15 years

**INSTALLMENT LOANS**
- MOIC: 1.70x
- Duration: 6 months
- Avg. Loan Amount: $615

**REAL ESTATE LISTINGS**
- Unlevered IRR: 100%
- Duration: 10 years
- Avg. Funded Amount: $837

**MOTORCYCLE LEASES**
- APR: 36%
- Duration: 56 months
- Avg. Loan Amount: $12k

**SELLER-FINANCED MORTGAGES**
- Unlevered IRR: 17%
- LTV: 41%
- Avg. Funded Amount: $51k

**LEASE-TO-OWN**
- MOIC: 1.35x
- Duration: 13 months
- Avg. Loan Amount: $1.1k

**EQUIPMENT LEASING**
- Unlevered IRR: 12%
- Term: 5 years
- Avg. Funded Amount: $80k

**SUPPLY CHAIN FINANCE**
- Unlevered IRR: 18.1%
- MOIC: 1.025x
- Duration: 55.4 days

**INSURANCE COMMISSIONS**
- Unlevered IRR: 28%
- Duration: 43 months
- Avg. Funded Amount: $750

**LIFETIME MORTGAGES**
- Unlevered IRR: 6.3%
- LTV: 45%
- Avg. Funded Amount: £140k

**EQUIPMENT RENTAL**
- Unlevered IRR: 100%
- Term: 5 years
- Avg. Annual Lease Rate: $25k

## LITIGATION FINANCE

**PLAINTIFF ADVANCES**
- Unlevered IRR: 34%
- MOIC: 1.4x
- Duration: 14 months

**MEDICAL LIEN**
- Unlevered IRR: 56%
- MOIC: 1.7x
- Duration: 14 months

**ATTORNEY LOANS**
- Unlevered IRR: 18%
- MOIC: 1.53x
- Duration: 36 months

**COMPLEX COMMERCIAL**
- Unlevered IRR: 25%
- MOIC: 2.00x
- Duration: 42 months

**INHERITANCE ADVANCES**
- Unlevered IRR: 50%
- MOIC: 1.60x
- Duration: 18 months

**CLAIMS MANAGEMENT**
- Unlevered IRR: 39%
- MOIC: 3.20x
- Duration: 42 months

## MEDIA + ENTERTAINMENT

**MEDIA RIGHTS**
- Unlevered IRR: 12%
- Contract Term: 6 years

**MUSIC ROYALTIES**
- Unlevered IRR: 40%
- Term: 4 years
- Avg. Funded Amount: $40k

### INSURANCE

**LIABILITY RUN-OFF**
- Unlevered IRR: 20%
- Duration: 7 years

### AVIATION

**AIRCRAFT LEASING**
- Target Unlevered IRR: 12%
- Term: 7 years

### DIRECT LENDING

**CORPORATE LOANS**
- Unlevered IRR: 15%
- Term: 3 years
- Avg. Funded Amount: $10mm

◯ Current Investment  ◯ Pending Investment   **32**

CONFIDENTIAL

AGM00000512

USAO_REL_01_04658770

# 5 HIGH-GROWTH AND SUSTAINABLE FINANCIAL PROFILE







**Successfully equilibrated high-growth and sustainability, delivering consistent returns on investment**

33

CONFIDENTIAL

AGM00000513

USAO_REL_01_04658771



# HIGHLY SCALABLE AND COMPREHENSIVE PLATFORM WITH OPERATIONAL EXPERTISE



777 PARTNERS

| Steven Pasko | Josh Wander |
|---|---|
| Founder & Managing Partner | Founder & Managing Partner |

| INVESTMENT TEAM | OPERATING PARTNERS | OPERATIONS | ASSET MANAGEMENT |
|---|---|---|---|

| Juan Arciniegas | Jorge Beruff | John Jeffrey | Bill Hitselberger | Louis Rivera-Camino | Damien Alfalla | Prasad Hedge | Paul Stanworth | Chris O'Reily |
|---|---|---|---|---|---|---|---|---|
| Managing Director | Managing Director | Managing Director | Operating Partner | Operating Partner | Chief Financial Officer | Chief Operating Officer | Chief Investment Officer | General Counsel |

| Peter Meyers | Stephen McMullin | Aaron Levy | Timothy O'Neil-Dunne | Jon Lutzky | Ed Gehres | Kenneth Reinhardt | Dave Munting | David Hough |
|---|---|---|---|---|---|---|---|---|
| Managing Director | Managing Director | Principal | Operating Partner | Operating Partner | General Counsel | Chief Technology Officer | Director of Finance | Head of Capital Markets |

| Adam Weiss | | | Andres Blazquez | Richard Howell | Matt Gheorghian | Todd Stokes | Joseph Pimbley | Courtney Henry |
|---|---|---|---|---|---|---|---|---|
| Principal | | | Operating Partner | Operating Partner | Chief Information Officer | Head of Data and Business Intelligence | Head of Structuring | Director of Structured Products |

| Vice President 3 FTE | Senior Associate/ Associate 5 FTE | Analyst 3 FTE | Scott Sidell |
|---|---|---|---|
| | | | Operating Partner |

## SHARED SERVICES

| Accounting Finance Tax and Treasury | Legal and Compliance | Marketing | Information Technology | Capital Markets | Human Resources | Software Development | Data Analytics | Call Center Management | Actuarial | Public Relations |
|---|---|---|---|---|---|---|---|---|---|---|
| Team - 39 FTE | Team - 7 FTE | Team - 5 FTE | Team - 10 FTE | Team - 6 FTE | Team - 3 FTE | Team - 26 FTE | Team - 7 FTE | Team - 2 FTE | Team - 3 FTE | Team - 2 FTE |

**THE 777 PARTNERS TEAM AND INFRASTRUCTURE IS FULLY BUILT-OUT AND ABLE TO ACCOMMODATE SIGNIFICANT INCREMENTAL SCALE** — 34

CONFIDENTIAL

AGM00000514

USAO_REL_01_04658772



# ENTREPRENEURIAL BEST-IN-CLASS SENIOR LEADERSHIP TEAM



777 PARTNERS

---

## SENIOR MANAGEMENT TEAM HAS WORKED TOGETHER FOR 10 YEARS AT 777 PARTNERS AND PRIOR PLATFORMS

| NAME & DESIGNATION | BIOGRAPHY | EDUCATION |
|---|---|---|
| **Steven W. Pasko** <br> Founder & Managing Partner | • Co-founded 777 Partners in 2015 <br> • Served as Managing Director positions at Natixis Capital Markets and Bankers Trust (now part of Deutsche Bank) overseeing asset securitizations and interest rate products, prior to joining PennantPark in 2008; also held leadership positions pioneering specialty finance at Salomon Brothers and Drexel Burnham Lambert | • B.A. in Business Administration from Rutgers College <br> • M.B.A. from the Wharton School of the University of Pennsylvania |
| **Josh Wander** <br> Founder & Managing Partner | • Co-founded 777 Partners in 2015 <br> • Held executive roles at SuttonPark Capital, First Sustainable LLC and Structured Asset Funding, with responsibilities for sourcing, structuring and financing alternative assets | • B.S. in Finance from the University of Florida |
| **Paul Stanworth** <br> CIO 777 Asset Management | • Joined 777 Partners in 2020 - prior to joining 777, he had over 30 years experience across insurance, fund management and banking <br> • Most recently he was CEO of Legal & General Capital in the UK, their principal investment business covering ALM, private and public markets <br> • Prior to that, he was Managing Director with Merrill Lynch and Deutsche Bank providing derivative and structured solutions for insurers | • B.Sc. (Hons) from the University College at London University and qualified as an actuary with the Institute & Faculty of Actuaries |
| **Damien Alfalla** <br> Chief Financial Officer | • Joined 777 Partners in 2017, previously worked in various management and controller roles at PennantPark, Bank of America, Fortress Investment Group and CCMP LLC (f/k/a JPMorgan Partners, LLC) <br> • 20+ years of experience across a broad range of financial products, accounting, operations and taxation of registered investment companies, private funds and financial institutions | • B.A. in Accounting and Information Systems from Manhattan College <br> • Certified Public Accountant |
| **Prasaad Hedge** <br> Chief Operating Officer | • Joined 777 partners in 2021 from Genpact where he was Senior Vice President. <br> • Peviously held role as Chief Operating Officer and Chieft Transformation Officer at Bridgewater Associates <br> • Alos held roles at Alix Partners and Procter and Gamble | • MBA from The University of New South Wales <br> • BS, Hotel, Restaurant and Airline Management University of Massachusetts Amhers |
| **Kenneth Reinhardt** <br> Chief Technology Officer | • Joined 777 Partners in 2018 – prior to joining 777, Mr. Reinhardt was Vice President, IT & Enterprise Architecture at Office Depot <br> • Previously Chief Architect and Global Director, Enterprise Solution Services for Whirlpool Corporation <br> • Prior to that, Partner with Accenture's Systems Integration and Technology practice where he collaborated with a diverse array of global clients | • B.A. in Computer Engineering from Oakland University <br> • MBA from Michigan State University |
| **Matthew Ghourdjian** <br> Chief Information Officer | • Joined 777 Partners in 2019 – prior to joining 777, Mr. Ghourdjian served as the CEO of Ceira and Cogility Software, and as the CIO of DiTech.com and CashCall <br> • Also held roles as a consulting partner at KPMG Consulting and Arthur Andersun Business Consulting | • B.Sc. in Business, Computer Science and Accounting from Ambassador College |

35

CONFIDENTIAL

AGM00000515

# CLEAR VISION FOR FUTURE GROWTH



**MANAGEMENT TEAM'S WELL-PLANNED EXECUTION HAS LAID THE FOUNDATION FOR A HIGHLY SYNERGISTIC, SELF-SUSTAINING BUSINESS MODEL**

Timeline (upper row):
- **777** — MBO of SuttonPark from PennantPark – 777 Partners Launched
- **JUSTICE FUNDS** — Launch of Litigation Finance Vertical
- **SPEEDLEASING** — Launch of Motorcycle Leasing Business
- **SUTTONATIONAL** — P&C Insurance Carrier Launched
- **FFI FILM FINANCES INC.** — Investment in Media Insurance Businesses
- **own** — Lease-to-Own Platform Acquired

Arrow milestone dates: Jul 2010, Sep 2015, Nov 2015, May 2016, Jul 2016, Jan 2017, Mar 2018, Jan 2019, Mar 2019, Jul 2019, Dec 2019, Jan 2020, Nov 2020, Apr 2021

Timeline (lower row):
- **SETTLES PARK CAPITAL** — Structured Settlements Business Launched
- **F3EA** — Launch of Personal Loan Business
- **Signal** — Launch of Pre-Settlement Business
- **flair airlines** — Investment in Canadian Airline
- **777 Re** — Reinsurance Platform Launched
- **MERIT LIFE INSURANCE COMPANY** — Life Insurance Carrier Launched
- **777 ASSET MANAGEMENT** — 777 Asset Management Launched
- **omni** — Acquisition of Omni LATAM

HIGHLY SCALABLE BUSINESS MODEL WITH ATTRACTIVE RETURNS ON CAPITAL

36

CONFIDENTIAL

AGM00000516

USAO_REL_01_04658774



# OVERVIEW OF 777 DIVERSIFIED BUSINESS SEGMENTS

CONFIDENTIAL

AGM00000517

USAO_REL_01_04658775

# BUSINESS SEGMENTS



---

## ● INSURANCE

Unlock value across the entire insurance value chain through direct investments in carriers, specialized distribution, and data, technology and service providers across the life, health, and P&C markets



38

CONFIDENTIAL

AGM00000518

USAO_REL_01_04658776

# INSURANCE



## CONSOLIDATING THE INSURANCE VALUE CHAIN



## STRATEGY

- Consolidating the insurance value chain across the P&C, Life, and Health markets through direct investments in (1) reinsurers, (2) direct carriers, (3) specialized distribution, and (4) data, technology, and service providers

- "Underwriting First" philosophy. Focused on creating value on the liability side of our carrier balance sheets by applying proprietary data and a technological approach to underwriting unique & capital efficient liabilities

- Deploy unique investment strategy for carrier assets via 777 Asset Management driven by non-correlated, asset-based and fixed-income investments originated directly by 777 portfolio companies

## BUSINESS OVERVIEW

- Established a Bermuda life reinsurer (777 Re) to serve as the primary balance sheet to deploy 777 Asset Management strategy

- Launched a US P&C carrier (Sutton National) focused on taking specialized risks and partnering with best-in-class MGA underwriters. Rated A- by AM Best

- Launched a US Life carrier (Merit Life) writing an innovative Contingent Deferred Annuity that provides guaranteed lifetime income to individuals. Rated A- by AM Best

- Several strategic investments in "insurtech" platforms accretive to our carriers

39

CONFIDENTIAL

AGM00000519

USAO_REL_01_04658777

# INSURANCE



---

## APPROACH TO LIABILITY UNDERWRITING

### "UNDERWRITING FIRST" PHILOSOPHY

   

   

**1** Opportunistically grow liabilities that generate desired levels of profitability

**2** Prioritize profit over volume and growth

**3** Focus on products with structural features that increase the efficiency of capital & reserves

**4** Develop innovative products with strong value proposition

  

 

**5** Engage in risk-control and extensive stress-testing

**6** Partner with key distributors

**7** Follow prudent reserving practices

### UNDERWRITING OPPORTUNITIES

Long-tail Liabilities (Workers Comp, General Liability)
Program Management
Film & Entertainment

MYGA
Life Insurance
Contingent Deferred Annuities
Medicare Supplement
Structured Settlements
Fixed Index Annuities
Pension Risk Transfer
Medicare Advantage



Regulatory Arbitrage
Eliminating Reserving Redundancies
Technology
De-Novo Operations

40

CONFIDENTIAL

AGM00000520

USAO_REL_01_04658778

# INSURANCE



## PORTFOLIO SUMMARY

### LIFE CARRIERS



- 777 Re Ltd is a Bermuda life reinsurance company focused on life & annuity risk
- Completed 5 reinsurance transactions totaling ~$757M in assumed insurance liabilities
- 777 Asset Management serves as lead investment manager



- Merit Life Insurance Company is a broadly licensed US life insurer
- A- rating from AM Best
- Led by highly seasoned management team, including the former CEO of Prudential Annuities, Merit will write an innovative Contingent Deferred Annuity that provides guaranteed lifetime income to individuals

### PROPERTY & CASUALTY CARRIERS



- Randall & Quilter is a long-standing global P&C insurance company domiciled in Bermuda and publicly traded on AIM (LON: RHIQ) that specializes in legacy run-off and program management
- 777 is the largest institutional stakeholder



- Sutton National Insurance Company is a broadly licensed US property and casualty insurer
- A- rating from AM Best
- Innovative program carrier serving the needs of the growing MGA market
- A program carrier uses its licensed paper and AM Best rating to write (or "front") specialized insurance risks sourced by MGAs, then ceding the majority of that risk to highly rated reinsurers

41

AGM00000521

USAO_REL_01_04658779

# INSURANCE



---

## PORTFOLIO SUMMARY

### DISTRIBUTION



- Film Finance Inc. ("FFI") is a diversified film and entertainment production insurance and services company. FFI is the world leader in completion guarantee contracts to the film industry with over 60% market share and unparalleled brand value driven by its 70-year track record



- Reel Media specializes in providing entertainment insurance services including, film and television production, commercial general liabilities, automobiles, weather, property, workers compensation



- Synchrono leverages artificial intelligence and predictive analytics to deliver state-of-the-art digital underwriting, claims audit and professional services to property & casualty insurance companies.



- Ensurem is a senior health insurance digital distribution platform and technology provider serving carriers, agents and consumers within the massive US senior market.

### DATA & ANALYTICS



- ClaimRuler is an insurance claims management software enabling adjusters to manage the end-to-end claims process efficiently. SaaS-style subscription model, with pricing and contracts customizable based on client's business

42

CONFIDENTIAL

USAO_REL_01_04658780

# FINANCIAL PROFILE



## INSURANCE



### SUMMARY BALANCE SHEET

**TOTAL ASSETS ($ in mm)**

| 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|
| $1,086 | $2,989 | $5,867 | $5,924 |

**TOTAL EQUITY ($ in mm)**

| 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|
| $518 | $747 | $1,016 | $1,028 |



### SUMMARY INCOME STATEMENT

**TOTAL REVENUE ($ in mm)**

| 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|
| $79 | $142 | $298 | $384 |

**NET INCOME ($ in mm)**

| 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|
| $13 | $57 | $95 | $119 |

43

AGM00000523

USAO_REL_01_04658781

# BUSINESS SEGMENTS



Originates, underwrites and services near- and sub-prime consumer finance assets, equipment leasing, mortgage, project and infrastructure finance



44

CONFIDENTIAL

AGM00000524

USAO_REL_01_04658782

# CONSUMER & COMMERCIAL FINANCE





- Identify, underwrite, originate and/or service near- and sub-prime consumer finance assets across various product lines catering to the massive and growing underbanked segment

- Internalized technology-driven end-to-end process infrastructure, from applications processing to funding of loans/leases and payments servicing

- Utilizes proprietary resources, historical consumer performance from existing portfolio companies and external data for credit decision making and risk management

- Identify, underwrite, originate and/or service assets with reliable, recurring cash flows arising from commercial applications

- Exploit regulatory distortions, underserved markets, disruptive trends and paradigm shifts to develop innovative opportunities and underpriced assets

- Develop meaningful debt financing opportunities based on potential for large single transactions

45

CONFIDENTIAL

AGM00000525

USAO_REL_01_04658783

# CONSUMER & COMMERCIAL FINANCE



## EQUIPMENT FINANCE (CONSUMER AND COMMERCIAL)

### BUSINESS OVERVIEW

- Through 3 majority-owned operating subsidiaries, 777 offers various consumer and commercial facing leasing / loan products secured by various assets (furniture, appliances, wheel & tire, motorcycles, trailers & trucks, vehicle fleets and industrial equipment)
- Each entity has differentiated pricing and targets different customers
- The businesses are able to capitalize on 777's shared services, underwriting and technology platform contributing to operating efficiencies allowing for greater net yields
- Through cross selling, proprietary 777 relationships and indirect sourcing channels, 777 believes the businesses can originate better performing leases/loans than its competitors

### INDUSTRY OVERVIEW

**Consumer**
Consumer-Lease-To-Own
- The U.S. furniture and home furnishings market is approximately $100bn annually of which the lease-to-own market accounts for approximately $8.5bn per year

Sub-Prime Auto / Power-Sport Finance
- Approximately $7bn new motorcycles and $2bn used motorcycles are sold through traditional dealer channels

**Commercial**
- Equipment finance sector continues to experience growth with origination volume growing at a CAGR of 9.1% from $575bn in 2010 to $1.1tn in 2017

### UNIT ECONOMICS


- Avg. Term: 13 months
- Unlevered IRR: 1.35%
- Avg. Funded Amt.: $1,120


EQUIPMENT FINANCE
- Avg. Term: 5 years
- Unlevered IRR: 12%
- Avg. Funded Amt.: $80k


SPEEDLEASING
- Avg. Term: 56 months
- Avg. Implied APR: 36%
- Avg. Funded Amt.: $12k


EPS-Cineworks
- Avg. Term: 5 years
- Unlevered IRR: 100%
- Avg. Funded Amt.: $25k

### ORIGINATIONS ($ in mm)



| 2021E | 2022E | 2023E |
|-------|-------|-------|
| $216.5 | $300.9 | $380.9 |

1.   Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

46

CONFIDENTIAL

AGM00000526

USAO_REL_01_04658784

# CONSUMER & COMMERCIAL FINANCE



## INSTALLMENT LOANS

### BUSINESS OVERVIEW

- Via 777's wholly owned subsidiary, F3EA Servicing LLC, 777 provides origination, call center servicing, compliance, and underwriting capabilities to an online installment lending portfolio for near- and sub-prime consumers
- F3EA Servicing LLC has captured data on over 1.5mm unique customers since inception which data has been utilized across all consumer finance portfolio companies to bolster underwriting
- Since inception, F3EA has serviced over $190mm in loans and collected more than $290mm with an averaged realized MOIC of 1.60x and a weighted average IRR of 460%

### INDUSTRY OVERVIEW

- The sub-prime market is currently underserved due to limited options with the exit of many large banks during the financial crisis. Approximately 27mm U.S. households (over 1/5th) are not adequately served by traditional financial services companies
- 43% of the US population has limited credit access due to non-prime FICO scores (less than 699 FICO)
- Online originations of unsecured installment loans has grown 7.4 times from 2014 to 2018
- The number of unique borrowers for installment loans has increased by approximately 30% yearly for the past three years
- Annual overdraft fees paid by customers to cover $500 average cash shortfalls accounts for $30bn+ in 2017

### UNIT ECONOMICS

F 3 E ∧
Servicing

- Avg. **Term**: 6 months
- **MOIC**: 1.70x
- Avg. **Loan Amt.**: $615

### ORIGINATIONS  ($ in mm)



| 2021E | 2022E | 2023E |
|---|---|---|
| $8.3 | $21.1 | $33.9 |

47

1.    Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

CONFIDENTIAL

AGM00000527

USAO_REL_01_04658785

# CONSUMER & COMMERCIAL FINANCE



## STRUCTURED SETTLEMENTS

### BUSINESS OVERVIEW

- Concentrates on aggregating receivables arising from annuities related to personal injury settlements, assignable private annuities and state sponsored lotteries throughout the U.S, which are characterized by relatively attractive returns when compared to the combined cost of acquisition, servicing and funding.

- Opportunistic acquisition of i) controlling or exclusive ownership interest in several organizations originating, aggregating and/or servicing such receivables, ii) such receivables from a network of small, independent broker and iii). meaningful third-party structured settlement portfolios offering returns meaningfully in excess of all related costs

### INDUSTRY OVERVIEW

- $100bn of structured settlements are currently outstanding, of which only $10bn have been purchased largely by a highly granular group of independent brokers with little access to institutional funding

- Roughly $20bn - $30bn of health insurance related commissions are owed annually to agencies, of which virtually none are advanced up front

### UNIT ECONOMICS



- Guaranteed WAL: 15 Years
- Life Contingent WAL: 17 Years
- Avg. Retail IRR: 12%
- Avg. Wholesale IRR: 6%

### ORIGINATIONS  ($ in mm)



| 2021E | 2022E | 2023E |
|-------|-------|-------|
| $535.2 | $535.2 | $535.2 |

1.  Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

CONFIDENTIAL

48

AGM00000528

USAO_REL_01_04658786

# CONSUMER & COMMERCIAL FINANCE



## COMMISSION FINANCE

### BUSINESS OVERVIEW

- Build a scalable commercial infrastructure to aggregate rights to future commission payments

- Concentrate on financing commission receivables arising from very large, underserved or unserved nation-wide service industries

- Currently focused on residential real estate brokerage and health insurance agent commissions

- Opportunistically explore other insurance agent markets including life, property & casualty and excess & surplus lines

### INDUSTRY OVERVIEW

- The residential property brokerage commission space has traditionally been virtually unserved by the financial services industry. Total brokerage commissions paid annually in the U.S. are estimated to be $500bn

- Similarly, the health insurance agent commission space has traditionally been grossly underserved. Such annual commissions paid are estimated to be around $30bn

### UNIT ECONOMICS





- Avg. **Term**: 43 months
- Avg. **IRR**: 28%

- Avg. **Life**: 10 years
- Avg. **IRR**: 100%

### ORIGINATIONS  ($ in mm)



1.   Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

49

CONFIDENTIAL

AGM00000529

USAO_REL_01_04658787

# CONSUMER & COMMERCIAL FINANCE



## MORTGAGE FINANCE

### BUSINESS OVERVIEW

- Opportunistically identify mortgage related product offering i) compelling risk adjusted returns, ii) scalable volume conducive to satisfying meaningful insurance balance sheet demand and/or iii) incorporating mortality risk to offset life insurance balance sheet mortality risk

- Currently focused on aggregating U.K. equity release (reverse) mortgages and secondary U.S. seller financed mortgages, the former being a particularly good fit with a growing life insurance balance sheet

### INDUSTRY OVERVIEW

- Demand for U.K. equity release mortgages is expected to grow sharply over the next few years, increasing from roughly £5bn currently to about £8bn in 2022, creating an ongoing need for additional liquidity

- Seller financed mortgage volume is estimated to be roughly $6bn annually, only 2% of which are estimated to be purchased in the secondary market

### UNIT ECONOMICS



- LTV: 45%
- Avg. IRR: 6.3%



- LTV: 41%
- Avg. IRR: 17%

### ORIGINATIONS  ($ in mm)



| 2021E | 2022E | 2023E |
|-------|-------|-------|
| $49.6 | $81.9 | $114.1 |

1.    Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

50

CONFIDENTIAL

AGM00000530

USAO_REL_01_04658788

# CONSUMER & COMMERCIAL FINANCE



## PROJECT FINANCE

### BUSINESS OVERVIEW

- Develop a meaningful platform to combine impactful renewable and infrastructure commercial opportunities with 777's (i) experience acquiring and securitizing long-term receivables, (ii) focus on risk transfer solutions and (iii) anticipated insurance related balance sheet growth

- Concentrate on financial services opportunities arising from perceived disruptive sustainability related technology trends, likely to result in major paradigm shifts, largely in the energy, agri/aquaculture and infrastructure spaces

- Source opportunities related to (i) underserved markets (ii) regulatory distortions and (3) distressed projects

### INDUSTRY OVERVIEW

- Renewable Energy: 75% of new installed power plants in the U.S. in 2020 are expected to be renewable. By 2050, total renewable energy is expected to account for over 60% of all global energy. 77% of global power investment through 2050 or $10tn is expected to be in renewables

- By 2050, $2bn electric vehicles globally are expected to be on the road

- Global infrastructure investment through 2030 is expected to be roughly $50tn, or $5tn more than expected funding availability

- $1.2bn is expected to be invested in battery storage by 2040

### UNIT ECONOMICS



- Avg. **Term**: 15 years
- Avg. IG IRR: 7%+
- Avg. Sub-IG IRR: 11%

### PRODUCTS

| DE NOVO PROJECT DEVELOPMENT | SHOVEL READY PROJECTS | DISTRESSED PROJECTS |
|---|---|---|
| RENEWABLE POWER | ENERGY STORAGE | ELECTRIC VEHICLES |
| RENEWABLE WEATHER DERIVATIVES | WEATHER DERIVATIVE LINKED NOTES | IMPACT RELATED INFRASTRUCTURE |

51

1.    Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

CONFIDENTIAL

AGM00000531

USAO_REL_01_04658789

# CONSUMER & COMMERCIAL FINANCE



## SUPPLY CHAIN FINANCING & FACTORING

### BUSINESS OVERVIEW[1],[2]

- Omni Latam is a technology driven supply-chain financing platform providing end-to-end liquidity solutions to businesses in Chile and Colombia
- It is Latin America's foremost digital lender to SMEs and has provided more than $450 million of finance to more than 3,500 SMEs since it was founded in 2018
- Omni's primary products/solutions are confirmed receivable financing, data driven factoring, and unsecured supplier loans
- Its proprietary technology and deep understanding of supply chains have enabled Omni to develop a risk measurement system that allows it to assess the payment capacity of its clients in minutes, and deliver liquidity in less than 24 hours and 100% online
- Omni has access to real time, unbiased and raw data of platform users through their clients, suppliers and employees, allowing Omni to model user's future financial behavior and make data driven credit decisions`

### INDUSTRY OVERVIEW

- Assets eligible for SCF programs account for ~$17 trillion and presents a high growth opportunities space
- Digitization of trade and automation of procure-to-pay cycles is accelerating availability of buyer/supplier-centric SCF
- COVID-19 has highlighted vulnerabilities in corporate supply chains and has accelerated pace of digital infrastructure development and adoption of new fintech applications
- Digitization enables all trade participants, especially SMEs, greater access to SCF
- By increasing supply chain resilience and de-risking supply chains via digitization, SMEs in Latin America have become more attractive supply chain partners

### UNIT ECONOMICS



- Average Unlevered IRR: 18.1%
- Average MOIC: 1.025x
- Average Duration: 55.4 Days

### PRODUCTS

($ in mm)



|  | $589.0 | $2,229.5 | $3,501.0 |
|---|---|---|---|
|  | 2021E | 2022E | 2023E |

1. Data and Statistics provided by 777 Partners LLC, unless otherwise noted.
2. Prospective Acquisitions

**52**

CONFIDENTIAL

AGM00000532

USAO_REL_01_04658790

# FINANCIAL PROFILE



---

## CONSUMER & COMMERCIAL FINANCE





*Assumes securitization of structured settlement portfolio in calendar year.

53

CONFIDENTIAL

AGM00000533

USAO_REL_01_04658791

# BUSINESS SEGMENTS



## ● LITIGATION FINANCE

Focuses on aggregating attractive risk-adjusted returns through the acquisition and monetization of financial assets tied to litigation cases



54

CONFIDENTIAL

AGM00000534

USAO_REL_01_04658792

# LITIGATION FINANCE





- Focused on aggregating attractive risk-adjusted returns through the acquisition and monetization of financial assets tied to litigation cases, involving:

  ‣ Personal injury

  ‣ Class action

  ‣ Mass tort cases

  ‣ Large complex commercial litigation claims

- Majority ownership interest in a number of leading providers of litigation funding to plaintiffs, medical service providers and attorneys

- Majority ownership interest in a leading settlement recovery solutions provider for class action lawsuits

- Provides growth capital to law firms while utilizing secure collateralized loan structure, with attractive risk-adjusted returns characteristics

55

CONFIDENTIAL

AGM00000535

USAO_REL_01_04658793

# LITIGATION FINANCE



## PLAINTIFF FUNDING

### BUSINESS OVERVIEW

- Via its wholly owned subsidiary Signal Funding, LLC, 777 has established an originator of plaintiff advances that has established an origination network of attorney relationships in excess of 1,700 attorneys

- 777 believes this diversification provides it an edge over other originators in the space, in addition to the operating leverage produced by the Shared Services model

- Since inception in June 2017, Signal has originated more than 10,975 advances, deployed more than $21.2mm, and collected more than $12.3mm, with average realized MOIC of 1.30x with a realized weighted average IRR of 71%

### INDUSTRY OVERVIEW

- Large identifiable market estimated at $253bn+ annually

- Legal funding current penetration of less than 1% creates significant white space opportunity

- NAIC reports incurred losses for auto insurance in 2018 were in excess of $170bn of which $108.5bn was liability-related

### UNIT ECONOMICS

- Average Unlevered IRR: 34%
- Average MOIC: 1.4x
- Average Duration: 14 months

### ORIGINATIONS  ($ in mm)



| 2021E | 2022E | 2023E |
|-------|-------|-------|
| $11.7 | $21.2 | $33.5 |

1.    Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

56

CONFIDENTIAL

AGM00000536

USAO_REL_01_04658794

# LITIGATION FINANCE



## MEDICAL PROVIDER & LIEN FUNDING

### BUSINESS OVERVIEW

- Via its two majority-owned operating subsidiaries, ML Healthcare and American Horizon Financial, 777 believes that it is one of the largest originators of medical lien financing in the United States
- Each of MLH and AHF operate in differentiated markets with little overlap, follow slightly different business models and run two separate, best-in-class technology platforms
- 777 believes this diversification provides it an edge over other originators in the space, in addition to the operating leverage produced by the Shared Services model
- Combined 15+ years of proven operating track record, jointly originated more than $440mm in gross receivables, deployed more than $100mm and collected more than $112mm since inception, with average realized MOIC of 1.83X

### INDUSTRY OVERVIEW

- According to the National Safety Council (NSC), in 2017, about 4.57mm people were injured seriously enough in motor vehicle crashes to require medical attention
- According to the NSC, in 2017, the cost of motor vehicle crashes totaled $413.8bn
- Medical care costs as a result of auto-related injuries reached $18bn in 2017
- Market Problem: Delayed payments to medical providers, lack of legal and insurance expertise by medical providers, delayed access to adequate care for patients
- Opportunity: Create immediate cash flow for medical providers who cannot afford to wait to get paid and limit their risk by passing it on to funding companies

### UNIT ECONOMICS




- Average Unlevered IRR: 56%
- Average MOIC: 1.7x
- Average Duration: 14 months

### ORIGINATIONS  ($ in mm)





| | | |
|---|---|---|
| $31.2 | $34.2 | $36.5 |
| 2021E | 2022E | 2023E |

57

1.   Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

CONFIDENTIAL

AGM00000537

USAO_REL_01_04658795

# LITIGATION FINANCE



## COMPLEX LITIGATION FUNDING

### BUSINESS OVERVIEW

- Through its investment in Brickell Key Capital Management, 777 Partners is a significant player in the complex litigation market
- Brickell Key Asset Management ("BKAM") is a registered Investment Adviser that manages a US S400mm mandate to invest in commercial litigation claims for a large UK Pension Fund
- Existing BKI mandate focuses primarily on single-claim (high return/risk) commercial litigation investments
- Established platform and processes to source and underwrite complex investments in legal claims, intellectual property assets, liquidating trusts and ancillary assets

### INDUSTRY OVERVIEW

- Asset management businesses represent good potential for stable cash flow (excess management fees) and upside (performance fees and/or exit value)
- Investors are increasing their allocations to alternative and non-correlated investments
- Litigation finance promises high non-correlated returns

### UNIT ECONOMICS



- Average Unlevered IRR: 25%
- Average MOIC: 2.00x
- Average Duration: 42 months

### FINANCIAL HIGHLIGHTS

- Discretionary mandate commitment: S400mm
- Total drawn to date: S350mm
- Portfolio recoveries to date: S181mm



1.    Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

CONFIDENTIAL

58

# LITIGATION FINANCE



## ATTORNEY FUNDING

### BUSINESS OVERVIEW

- Via its majority-owned operating subsidiary, Justice Funds, 777 is building a premier Attorney Funding platform. The company specializes in providing loans to law firms on a non-recourse basis (to attorney partners), secured by a perfected security interest in the firms docket of cases
- Loans are repaid via a cash sweep of revenue as realized by the law firm
- The loans are structured to a loan-to-docket-value of no more than 25% and with an anticipated net IRR of more than 20%
- In addition to a thorough docket review and valuation, the company also performs a thorough underwriting assessment of the law firm to ensure that operating risk is mitigated

### INDUSTRY OVERVIEW

- The market for lending to law firms is bifurcated into two primary markets:
    1. traditional recourse BPL loans
    2. non-recourse, case-secured loans
- The primary use of proceeds for law firms are:
    1. funding case acquisition costs, and
    2. funding case expenses

### UNIT ECONOMICS

- Average Unlevered IRR: 18%
- Average MOIC: 1.53x
- Average Duration: 36 months

### ORIGINATIONS (S in mm)



1. Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

59

CONFIDENTIAL

AGM00000539

USAO_REL_01_04658797

# LITIGATION FINANCE



## PROBATE FUNDING

### BUSINESS OVERVIEW

- Novation Ventures, a 777 portfolio company, funds ~$200,000 probate advances monthly
- Underwriting to fund 30% of net assets, including payback
  - Competitors fund 60%
  - Average funding is ~$15,000, while the average heir inheritance is $65,000
- Main marketing channel is SEO / SEM
  - ~$100 avg. CaC

### INDUSTRY OVERVIEW

- Probate funding is the non-recourse assignment of the right to an heir's beneficial interest in an estate
  - When someone dies, estate is tied up in probate for 12 – 18 months, while heirs want immediate liquidity
- $15,000 - $25,000 average funding
  - Advance on liquid assets only (homes not included)
- Competition: IFC, Heir Advance, Inheritance Loan Company

### UNIT ECONOMICS



- Unlevered IRR: 50%
- MOIC: 1.60x
- Duration: 18 months

### ORIGINATIONS  ($ in mm)




| | | |
|---|---|---|
| $5.7 | $7.6 | $9.6 |
| 2021E | 2022E | 2023E |

1.  Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

CONFIDENTIAL

AGM00000540

USAO_REL_01_04658798

# LITIGATION FINANCE



## LITIGATION SERVICES FUNDING

### BUSINESS OVERVIEW

- Via its two majority-owned operating subsidiaries, Case Strategies Group and MCAG, 777 provides specialized suite of services to the Litigation marketplace
- Through offering of their high value services, these companies obtain an economic interest in the settled case value
- Case Strategies Groups has established itself as a market leader in the natural disaster damages litigation market
- MCAG has established itself as a market leader in the processing of claims settlements in large multi-jurisdictional, class action lawsuits
- The litigation services platforms provide access to a large client population to which there are opportunities to launch large re-engagement campaigns through which other 777 companies may market products and services

### INDUSTRY OVERVIEW

- The Business Research Company estimated the global legal services market to be $849bn in 2017. Services related to litigation and disputes account for approximately 31% of the market. North America is the largest market with 49.4% and Europe is the second largest with 21.6%
- The U.S. Chamber of Commerce estimated the U.S. tort market (which represents only a portion of the litigation market in the US) at $429bn per year
- There are currently $216bn of pending claims before the International Chamber of Commerce
- In 2016, the top 100 verdicts in the US totaled $16bn
- P&C claims market is approximately $130bn of premium annually
- There are more than 400,000 catastrophic claims files per year, representing $6.5bn - $7bn of annual claims adjustment expenses

### UNIT ECONOMICS




- Average Unlevered IRR: 39%
- Average MOIC: 3.20x
- Average Duration: 42 months

61

1.   Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

CONFIDENTIAL

USAO_REL_01_04658799

# FINANCIAL PROFILE



## LITIGATION FINANCE



### SUMMARY BALANCE SHEET

**TOTAL ASSETS** (S in mm)

| 2020E | 2021E | 2022E | 2023E |
|-------|-------|-------|-------|
| $247 | $277 | $339 | $418 |

**TOTAL EQUITY** (S in mm)

| 2020E | 2021E | 2022E | 2023E |
|-------|-------|-------|-------|
| $141 | $187 | $188 | $203 |



### SUMMARY INCOME STATEMENT

**REVENUE** (S in mm)

| 2020E | 2021E | 2022E | 2023E |
|-------|-------|-------|-------|
| $49 | $61 | $163 | $290 |

**NET INCOME** (S in mm)

| 2020E | 2021E | 2022E | 2023E |
|-------|-------|-------|-------|
| ($11) | $10 | $105 | $223 |

62

CONFIDENTIAL

AGM00000542

USAO_REL_01_04658800

# BUSINESS SEGMENTS



---

● **AVIATION**

Focuses on disrupting commercial aviation through investments in operators, technology and service providers



63

CONFIDENTIAL

AGM00000543

USAO_REL_01_04658801

# AVIATION





- Focused on disrupting legacy systems and practices across the sector:

  ‣ Aircraft leasing opportunism upstream to direct airline investments downstream

  ‣ B2B and B2C platform built on tech stacks designed for seamless intermodal passenger connectivity, data capture, ancillary commerce and other accretive functionality

- Participation in the leasing channel leverages existing expertise in specialty and equipment finance to generate attractive yields on investment

- Travel technology vertical addresses market opportunity created by the growth of ultra low-cost carriers (ULCCs) operating with business models reliant on route network proliferation and captive inflight customer monetization

- Interest in Canada's first independent ULCC, Flair Airlines, provides synergies with travel technology vertical and proving ground for innovation

CONFIDENTIAL

AGM00000544

USAO_REL_01_04658802

# AVIATION



## FLAIR AIRLINES

### BUSINESS OVERVIEW

FOCUS: Strategic Network Fleet Expansion and Continued Digital Transformation

- Monetize the captivity of passengers inflight: completed pilot for app-based digital commerce platform which enables, BoB from seat, content distribution gaming, social, and analytics
- Upgrade IT infrastructure with new systems across operations and commercial; digitize commerce channels with new booking experience, website, and app
- Managed interlining using software to productized routes and cross-sell ancillaries
- Quadruple number of aircraft and expand network to fill service gaps created by mainline carrier retrenchment, suspensions in operations, and increased demand for domestic, low-cost airfare

### INDUSTRY OVERVIEW

- Entrenched duopoly in Canada creates a market inefficiency and greenfield opportunity in a G7 economy
- Canada ranked 65th out of the 80 most frequently visited countries in the world for ticket cost per 100km in 2018
- Approximately 2/3 of Canadians have not flown domestically in the last 5 years due to cost; of the other 1/3, five mm drive across the border for price
- ULCC/LCC penetration: Europe 50%, US 30%, Mexico 50%; at 15% in Canada penetration, there exists room for 80-90 aircraft
- Aggressively seize market opportunity created by consolidated Canadian aviation landscape, e.g. Air Canada Rouge suspension of operations, WestJet contraction, Porter grounding, Sunwing impairment

### KEY STATISTICS



| 3x | 12% | 73% | 11 | 11,500mm | 44% | C$212mm | C$25mm |
|---|---|---|---|---|---|---|---|
| REVENUE INCREASE IN 2H | YIELD | LOAD FACTOR | AIRCRAFT | SEAT MILES | PASSENGER INCREASE | REVENUE | EBITDAR |



1. Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

65

AGM00000545

USAO_REL_01_04658803

# AVIATION



777
PARTNERS

## AIR BLACK BOX

### BUSINESS OVERVIEW

- Industry's first and only deeply integrated interlining system; used by the Value Alliance, the world's only alliance of low-cost carriers
- 50+ software engineers, business analysts, and domain experts across offices in UK, California, Ireland and Singapore
- Model driven by opening new revenue channels for airlines and airports by enabling them to quickly sell connecting itineraries with new partners, including ticketless airlines/LCCs
- Travel technology platform has been engineered to consist of interoperable, modular connectivity, distribution, booking, and payment products enabling price agility and more customer monetization

### MARKET OPPORTUNITY

- The pandemic has precipitated travel sector paradigm shifts.  Airlines are seeking software solutions to open new revenue channels and partnership opportunities in previously inaccessible facets of the travel ecosystem
- In response to precipitous drop-offs in demand, full service carriers are increasingly reliant on asymmetric interlining with low-cost and regional carriers to access non-primary destinations and fill capacity gaps
- ULCC airlines and domestic travel will lead recovery

### DIFFERENTIATORS

✓ Airlines have visibility into entire customer journey and can seamlessly sell each other's inventory without an interline agreement agnostic of ticket type

✓ Overcomes legacy architecture challenges to enable sale of inventory across multiple PSSs

✓ Merchandise paid-for ancillaries on partners flights, a capability most codeshare airlines don't have

✓ Airlines determine how to handle schedule-change/disruption recovery in-house or via automated solution

✓ Thrubag: enables passengers on separate PNRs to check their baggage through to final destinations removing the self-connection inconvenience and creating a lucrative ancillary revenue service for airlines and airports

✓ NDC native, enables progressive migration to a full NDC environment; NDC distribution API guarantees extendibility to multiple distribution channels as well as airline IBE

66

CONFIDENTIAL

AGM00000546

USAO_REL_01_04658804

# AVIATION



## WORLD TICKET

### BUSINESS OVERVIEW

- Provides an airline distribution, inventory hosting, and global ticketing PSS solution

- Offices in Copenhagen, Warsaw, Beijing, Kiev, and Bangkok; 55 airline customers

- Global distribution subhosting for carriers to sell tickets outside home territory

### MARKET OPPORTUNITY

- As of 2019 there were over 650 airlines boarding less than 3mm passengers (pax) representing a market opportunity of 315mm pax boarded

- The PSS is by far the largest item in an airline's budget for software applications with an addressable market above US\$4.0bn

- Expanded functionality related to e-commerce, merchandising and personalization, along with increasingly sophisticated tools for customer acquisition, will augment revenue opportunities

- Legacy reservation systems, e.g. Sabre which was launched in the 1970s, are very difficult to modernize into service oriented architecture

- Contracts for over 160 airlines in tier 4 (<2mm pax) and their 200mm pax end before 2024

### DIFFERENTIATORS

✓ W2: allows airlines to distribute inventory into the global distribution system (GDS). Carriers and virtual airlines not fulfilling the requirements to sell in the GDS benefit from no up front investment, reduced complexity, and the elimination of implementation times

✓ Flexflight: aircraft charter, aircraft management, ACMI with fleet consisting of challenger, Learjet, gulfstream, and citation aircraft with Danish airline operating certificate



67

1. Data and Statistics provided by 777 Partners LLC, unless otherwise noted.

CONFIDENTIAL

AGM00000547

USAO_REL_01_04658805

# FINANCIAL PROFILE



**AVIATION**





Note: Airline booked as a loan investment and held at cost.
(1) Contemplates airline IPO.

68

CONFIDENTIAL

AGM00000548

USAO_REL_01_04658806

# BUSINESS SEGMENTS



## ● MEDIA & ENTERTAINMENT

Invests in undercapitalized and overlooked opportunities in the increasingly global and consolidating media and entertainment rights space



69

USAO_REL_01_04658807

# MEDIA & ENTERTAINMENT





- Focused on disrupting how live sports and other media content are monetized by content owners, identifying underserved markets and leveraging emerging production and distribution technologies to increase share in the value chain

- Leverage strategic investment to access high-quality and stable media-related cash flows to extract additional economics via financings for rights holders

  - Direct to consumer streaming platforms that allow rights holders to monetize core and tail content in core and tail markets, on the back of a growing cord-cutting trend, focusing on underserved content / market sets

  - Tech-enabled production, distribution and OTT service providers connecting rights holders to end consumers

  - Holistic approach to sports rights management, working with content owners via associative agreements with limited capital outlays, connecting them to all their stakeholders via broadcasting syndication, commercial and streaming agreements

  - Strategic investments in content owners such as sports teams and leagues

  - Ultimately consolidate large amounts of media-related cash flows into a diversified and high-quality asset base

70

CONFIDENTIAL

AGM00000550

USAO_REL_01_04658808

# MEDIA & ENTERTAINMENT



## FANATIZ / NUNCHEE / ATALANTA MEDIA

Subscription-based streaming service distributing live sports for European and Hispanic audiences in 90+ countries around the world and more than 200,000 registered users

- Valuable first-mover advantage to become the leading sports streaming service for global Hispanics
- State-of-the-art multi-platform technology streaming top Latin American soccer since September 2017 with distribution licenses for La Liga, Ligue 1 and several LATAM leagues including Argentina, Colombia, Peru, Ecuador, Uruguay
- World-class team, combining 100+ years in media, sports and tech, led by serial entrepreneur CEO
- Separately, Nunchee is an OTT-as-a-service platform, with several marquee clients worldwide including Fanatiz, Telefonica, Terra and Falabella[1]
- As the female arm of live sports distribution, Atalanta Media partnered with Fanatiz and Nunchee to launch the first-ever dedicated streaming platform for women's football, providing all access to the best female leagues, clubs and players on a global scale.

  

## BUFF DUBS/DAMSMART

Strategic focus on acquisitions in non-creative ancillary, pre- and post-production services

  

  

1.  Fanatiz acquired 100% of Nunchee in January 2020.

**71**

CONFIDENTIAL

USAO_REL_01_04658809

# MEDIA & ENTERTAINMENT



## SEVILLA FC / LONDON LIONS

Sevilla FC plays in Spanish football's top flight, La Liga, and is Spain's oldest sporting club solely devoted to football

- The most successful club in Andalusia, winning a national league title in 1945–46, five Spanish Cups (1935, 1939, 1948, 2007 and 2010), one Spanish Super Cup (2007), a record five UEFA Cups/UEFA Europa Leagues (2006, 2007, 2014, 2015 and 2016) and the 2006 UEFA Super Cup

London Lions are a British professional basketball team based in Stratford, East London, England, competing in the British Basketball League, the top tier of British Basketball

- The team was founded in 1977 and finished first in the British Basketball League in 2018
- The team plays home games at the Copper Box Arena in London

  

## GLOBAL SPORTS RIGHTS MANAGEMENT / 1190 SPORTS

Global Sports Rights Management ("GSRM") and 1190 Sports are pioneering highly innovative, holistic approaches to sports rights management, marketing and distribution. In the process, GSRM develops new assets and products, strengthens existing ones, and opens up multiple new value creation paths for Leagues, Federations, Clubs and National Teams

- Currently manages the international rights for the Brazil and Argentina soccer league and is in advanced conversations with other soccer properties around the world

 

## HALCYON GAMING

Halcyon Gaming is a California-based Third Party Proposition Player Service ("TPPPS") company focused on providing bankroll, marketing optimization and operational capacity to California-based casinos
- Card rooms partner with a banking group to support working capital needs
- A TPPPS effectively acts as the "house" and benefits from the upside associated with gambling activities

1.  Fanatiz acquired 100% of Nunchee in January 2020.

**72**

CONFIDENTIAL

AGM00000552

USAO_REL_01_04658810

# MEDIA & ENTERTAINMENT



## MEDIA RIGHTS

### BUSINESS OVERVIEW

- 777 is pursuing various companies with channels in media and entertainment rights in order to capitalize on the predictable cash flows
- Through 777's ownership in Nunchee and Fanatiz, an OTT-as-a-service company and a subscription-based streaming service respectively, 777 is actively taking advantage of a large untapped market opportunity to allow sports leagues to go direct-to-consumer, disintermediating media distributors / brokers in order to capture a larger portion of the economics
  - 777 has closed deals with both the Argentinean and Brazilian Soccer Federations to build their own direct-to-consumer TV channel and manage the rights for them via a JV Management Co, in exchange for a 20% equity stake

### INDUSTRY OVERVIEW

- The global media and entertainment market reached $2.1tn in revenue in 2018 across numerous segments (book and magazine, films and theatrical, social media, music, animation, video games, outdoor advertising, radio and broadcasting, amusement park/facilities, sports, toys, and art)
- Soccer is estimated to make up 40% of sports revenue, $28bn in broadcasting only (other sports also generate substantial revenue in broadcasting)
- Viewership of traditional TV is dwindling as OTT rapidly grows share

### UNIT ECONOMICS





- Avg. Contract Term: 6 years

### PROJECTED MEDIA RIGHTS CASH FLOWS

- Argentinean and Brazilian leagues' rights estimated to yield over $160mm in cash flows over 8 years; 777 will have economic exposure directly and via its investment in Fanatiz, as well as an opportunity to finance them



**73**

CONFIDENTIAL

AGM00000553

USAO_REL_01_04658811

# FINANCIAL PROFILE



---

## MEDIA & ENTERTAINMENT



### SUMMARY BALANCE SHEET

TOTAL ASSETS (S in mm)

| | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| | $237 | $255 | $285 | $311 |

TOTAL EQUITY (S in mm)

| | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| | $113 | $131 | $161 | $187 |



### SUMMARY INCOME STATEMENT

TOTAL REVENUE (S in mm)

| | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| | $120 | $131 | $164 | $173 |

NET INCOME (S in mm)

| | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| | $52 | $61 | $90 | $95 |

74

CONFIDENTIAL

AGM00000554

USAO_REL_01_04658812

# BUSINESS SEGMENTS



---

● **DIRECT LENDING**

Seeks to originate debt investments in less competitive sectors of the lower middle market while utilizing proprietary resources to achieve attractive risk-adjusted returns



75

CONFIDENTIAL

AGM00000555

USAO_REL_01_04658813

# DIRECT LENDING





- Direct lending to lower middle market companies that are frequently entrepreneurial and family-owned
- Investments support acquisitions, buyouts, recapitalizations, refinancing and growth financings via unitranche, senior and junior debt financing structures
- Opportunities commonly exist in industries that are underserved by traditional capital sources or when circumstances are complex and / or require quick closings and / or creative solutions
- Banks have been pulling back from lending to U.S. middle-market companies due to regulatory changes as capital requirements post-Dodd-Frank have made such lending more costly
- Speed of execution and flexible capital allows for "out of the box" creative structures to meet borrowers' financing needs
- Proprietary sourcing model via direct marketing and relationships of senior investment and operating professionals
- Extensive and disciplined private equity-like due diligence conducted by the investment team
- Best-in-class third party consultants, attorneys and other diligence partners engaged to provide further expertise
- Investments are actively monitored post-closing to ensure growth, compliance and visibility

76

CONFIDENTIAL

AGM00000556

USAO_REL_01_04658814

# DIRECT LENDING


777
PARTNERS

## BORROWER BENEFITS

- Direct lender relationship
- Flexible solutions
- Speed of execution
- Minimal dilution
- Expertise within cash flow, enterprise value, and asset-based lending

## INVESTOR BENEFITS

- Attractive risk-adjusted returns
- Access to proprietary & non-process investments
- Strong risk management through structuring and financial covenants
- Principal preservation
- Current income

## REPRESENTATIVE CAPITAL STRUCTURE

### STRUCTURED FINANCING VEHICLE FOR PRIVATE LOANS

| Tranche | Class A | Class B |
|---|---|---|
| Cash Rate | 5.75% | 6% |
| O/C | 200% | 133% |
| Rating | A- DBRS | N/A |

## INDICATIVE LOAN PARAMETERS

| | |
|---|---|
| Leverage | 2x - 4x EBITDA |
| EBITDA | $2mm - $10mm |
| Cash Spread | ~7% - 9% |
| PIK Spread | ~1% - 3% |

77

CONFIDENTIAL

AGM00000557

USAO_REL_01_04658815

# FINANCIAL PROFILE



## DIRECT LENDING





78

CONFIDENTIAL

AGM00000558

USAO_REL_01_04658816



# OPERATIONAL OVERVIEW

CONFIDENTIAL

AGM00000559

USAO_REL_01_04658817

# 777 SHARED SERVICES MODEL



## SHARED SERVICES

CALL CENTER

TREASURY

DATA

LEGAL

SOFTWARE

777 PARTNERS

MARKETING

HR

IT

## KEY OPERATING BENEFITS

### INCREASED EFFECTIVENESS

- Enhance customer service focus from service level agreements and costing
- Make the most of specialized skills
- Management free to focus on business issues
- Improved decision support
- Better data management
- Improved control environment
- Reduced risk

### IMPROVED EFFICIENCY

- Best practice processes
- Economies of scale
- Greater span of control
- Lower labor cost
- Increased ROI from technology
- Standardization
- Reengineering
- Integrated procurement
- Acquisition synergies

80

CONFIDENTIAL

AGM00000560

USAO_REL_01_04658818

# ENTERPRISE RISK MANAGEMENT



## 777 PARTNERS HAS IMPLEMENTED STRONG CAPABILITIES TO IDENTIFY, ASSESS AND MANAGE RISK TO OPTIMIZE RISK-ADJUSTED RETURNS

**REPORTING & CORRECTIVE ACTIONS**

All departments provide updates:
- Compliance with underwriting guidelines, implementation of any rate increases and risk classification
- Any corrective actions identified and agreed upon

**ANALYZE FINDINGS**
- Financial and operational results reviewed
- Evaluate and update expected growth of program, net exposures and reinsurance positions



**AUDIT PROGRAMS ON QUARTERLY BASIS**
- Review of underwriting decisions based on underwriting guidelines and relationship with PA; KPIs include volumes of business written, aggregate exposures, losses reported and paid
- Flags drive more frequent evaluations

**UNDERWRITING RISK COMMITTEE**
- Receive reports and adjust frequencies of reviews; committee will approve all program changes, reinsurance changes and corrective actions

81

CONFIDENTIAL

AGM00000561

USAO_REL_01_04658819

# 777 MARKETING



## CAPABILITIES



STRATEGIC COMMUNICATIONS

BRANDING

DIGITAL MEDIA PLANNING

**777 MARKETING TEAM CAPABILITIES**

EMAIL MARKETING

COPYWRITING

DESIGN

DIRECT MAIL MARKETING

## TACTICS

- Lead high-impact initiatives to support marketing efforts across the portfolio

- Offer strategic guidance on marketing strategy, tactics and spend to efficiently scale portfolio companies

- Create branding, copy, design and collateral for internal use, marketing campaigns and events

- Collaborate with internal development team to design new, and update existing, web and mobile applications

- Deliver UI/UX strategy and recommendations to optimize and standardize user experience across platforms

- Execute marketing campaigns that effectively engage target audiences, drive messaging, and convert leads at scale

- Collaborate with investment team to assess customer acquisition strategies, communication channels, and budget allocation for prospective acquisition targets

82

CONFIDENTIAL

AGM00000562

USAO_REL_01_04658820

# 777 MARKETING



## CORE AREAS OF FOCUS

### STRATEGY & EXECUTION

777 Marketing works with company leadership to establish a bold vision and executable plan for all marketing efforts.

We begin by understanding business goals and provide tactical recommendations on how to best reach the organization's target market. This includes KPI development, organic and paid media strategy, and channel-by-channel budget optimization.

### UI / UX DESIGN

777 Marketing partners works with management teams on the design and implementation of web and mobile applications. The team's expertise includes graphic design, motion design and interactive prototyping.

Our goal is to streamline our portfolio companies' digital touch points for an optimal site experience, navigation, and path to conversion.

### WORKING WITH OUTSIDE VENDORS

777 Marketing rigorously diligences outside vendors to develop a stable of preferred providers across the enterprise. The team applies insights and learnings gained from working with industry experts to future projects, further increasing value added.

### MARKETING DUE DILIGENCE

777 Marketing works with the investment team to benchmark the marketing departments of potential acquisition targets against best practices. In doing so, we review current and projected marketing budgets and analyze competitors to assess the health of the marketing organization and identify investment requirements.

83

CONFIDENTIAL

# 777 DATA & ANALYTICS



**CREDIT MODELING FRAMEWORK**

**UNDERWRITING FLOW**

CUSTOMER ACQUISITION

UNDERWRITING

CUSTOMER RETENTION

CUSTOMER INPUT

CONVERSION SCORE

3RD PARTY DATA

ACQUISITION SCORE

CUSTOMER ACQUIRED

BANK TRANSACTION DATA

RISK SCORE

84

CONFIDENTIAL

AGM00000564

USAO_REL_01_04658822

# 777 SOFTWARE SOLUTIONS



777 SOFTWARE SOLUTIONS IS PRODUCT-CENTRIC WITH A PRE-BUILT CORE ARCHITECTURAL PARADIGM: CLOUD-NATIVE, EVENT-DRIVEN, API-ENABLED, FEATURING SOFTWARE APPLICATION INTEGRATED WITH TELEPHONY SOLUTIONS AND CONFIGURABLE COMPLEX LOGIC FOR BUSINESS RULES



85

CONFIDENTIAL

AGM00000565

USAO_REL_01_04658823

# 777 SOFTWARE SOLUTIONS



**777 CLOUD LOGIC ENGINE IS A POWERFUL AND CONFIGURABLE COMBINATION OF INFRASTRUCTURE AND CODE THAT IS THE EXPRESSION OF THE 777 ARCHITECTURAL LANGUAGE - IT CAN BE USED TO DESIGN SOLUTIONS IN MANY DIFFERENT SILOS BY MODIFYING THE BUSINESS MODEL**



- Cloud Native design
- Cloud agnostic implementation
- Integrated Big Data platform
- Access to AI/ML Tools
- Multi-tenant OpEx



- Agile SDLC Philosophy
- Testing Automation
- Cloud native development
- Integrated DevOps
- CI/CD pipelines



- Deep Information Model experience (SQL and NoSQL)
- Normalized and denormalized information design
- Data Lakes and Analytics (ETL/ELT)

- Customized business rules
- Complex business logic
- Parallel execution
- User centric deployment and control
- Event triggered scalable response



- API Centric Design
- SOAP/REST/HTTPS
- Authenticated Interface
- Modular Business Logic
- Java Spring/AoP Dependency Injection



86

CONFIDENTIAL

AGM0000566

USAO_REL_01_04658824

# LISTING OF PORTFOLIO COMPANIES



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1190 SPORTS | 347 Green Leasing | 777 Re Ltd. | AIR BLACK BOX | AH+ AMERICAN HORIZON | ATA FOOTBALL | BBL | BKAM | Buff Dubs |
| Case Strategies | CBC | ClaimRuler | DAM smart | Deed Street Capital | Ensurem | EPS-Cineworks | EQUIPMENT | F3EA Servicing |
| Fanatiz | FC Global | FFI Film Finances Inc. | FIRST SUSTAINABLE | flair | Global Sports Rights Management | HALCYON GAMING | Insurety | Justice Funds |
| London Lions | London Lions | mcag | MERIT LIFE | ML | M REALTY | NOVATION VENTURES | Nunchee | omni |
| ParkerVision | ProbateCash | PIVOTAL POST | RQ | Zoe Media | Signal | SIGNATURE | SPEEDLEASING | SYNCHRONO GROUP INC |
| S | Stellar Park Capital | SUTTON NATIONAL | TAMI | own | VALUE ALLIANCE | world solutions | | |

*Subject to change

CONFIDENTIAL

AGM00000567

USAO_REL_01_04658825