

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

March 30, 2026

**BY ECF**

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

Re:      ***SEC v. Wander, et al.*, No. 25 Civ. 8565 (VM)**

Dear Judge Marrero:

Plaintiff Securities and Exchange Commission (the "SEC") respectfully requests that the Court approve the proposed partial consent judgment against Defendant Steven Pasko ("Pasko") (Dkt. No. 42) (the "Proposed Judgment) to which the Commission and Pasko have agreed. If entered, the Proposed Judgment would resolve the non-monetary relief that the SEC seeks against Pasko but leave open for later resolution by the Court upon motion (or further settlement) the monetary relief that the SEC seeks against Pasko.

The Proposed Judgment is fair and reasonable and in the public interest. *See, e.g.*, *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014) (setting out the standard for reviewing proposed consent judgments in government enforcement actions). Among other things, the Proposed Judgment would permanently enjoin and prohibit Pasko from committing violations of the federal securities laws that the SEC charges against him in this case.

The SEC anticipates that the parties will attempt to negotiate a resolution of the monetary relief that the SEC seeks against Pasko, and, if the parties are unable to reach a resolution, the parties would, upon motion, litigate the issue of monetary remedies before the Court. Any proposed negotiated resolution with Pasko for final monetary remedies is subject to authorization by the Commission before the staff can submit it to the Court.

The SEC respectfully requests that the Court approve the Proposed Judgment and docket it with Pasko's signed consent. (Dkt. No. 42, Exhibit 1).

Hon. Victor Marrero
March 30, 2026
Page 2

Respectfully submitted,

/s/ *Ben Kuruvilla*
Ben Kuruvilla

*Counsel for Plaintiff Securities and Exchange Commission*

cc:      All counsel of record (by ECF)