USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,       :
                                          :
                    Plaintiff,            :
                                          :
          v.                              :       Civil Action
                                          :       No. 25-cv-08565 (VM)
                                          :
JOSHUA WANDER ET AL,                      :       **ORDER**
                                          :
                    Defendants.           :
------------------------------------------------------------------------x

WHEREAS, on December 11, 2025, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal actions *United States v. Joshua Wander*, 25 Cr. 473 (JPO) and *United States v. Damien Alfalla*, 25 Cr. 468 (AS) (the "Criminal Cases"), in which an indictment has been returned and an information filed, respectively; and

WHEREAS, defendant Joshua Wander consents to the stay of discovery in this matter, and defendant Steven Pasko, Damien Alfalla, 777 Partners LLC, and 600 Partners LLC consent to the stay of this matter in its entirety;

WHEREAS, the Securities and Exchange Commission ("SEC") takes no position on the Government's request to stay discovery in this matter; and

WHEREAS, the Court finds that a stay of discovery in this matter is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that discovery in this matter is stayed in its entirety until the completion of the Criminal Cases.

SO ORDERED.

 

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

5/11/2026
_____
DATE